# Exhibit B

This transcript was exported on Oct 27, 2026 - view latest version here.

Speaker 1 (00:15):

Okay. That makes sense.

Speaker 2 (01:20):

All right, good afternoon everybody. My name's Neil Floyd. I'm the action United States Attorney for the Western District of Washington. I'm joined by Pete Serrano from the Eastern District and April Miller, the special agent in charge of Homeland Security Investigations. In my current role, I am often asked about voter fraud in Washington. In fact, as a longtime resident of Washington, I have wondered what is being done about voter fraud. Who is checking to make sure that the people registered to vote are United States citizens? Who is checking to see if non-citizens are voting in Washington? Sadly, the answer to that question, those questions in Washington is no one. Without our help, the state of Washington does not have the capacity or the will to check if non-citizens are voting. However, under the leadership of President Trump, the Department of Homeland Security and the Department of Justice are determined to root out illegal voting.

Speaker 2 (02:16):

Through our investigation, we have confirmed with high confidence that non-citizens are voting in the state of Washington in federal and state elections. Thus far, we have identified over 400 non-citizens who have voted in Washington, and many of them have voted multiple times. That means we have identified over 1500 ballots illegally cast. This is not the full number of non-citizens who have been voting in Washington. This is only the tip of the iceberg. With a small sample that we have collected so far, I am confident that we are looking at thousands of non-citizens who have been voting in Washington. Because of the limitations the state has placed on our investigation, we have only been able to uncover a fraction of the total number. Washington has refused to share the complete list of registered voters with identifying information. We are having to do this essentially one person at a time.

Speaker 2 (03:15):

So let me explain our methodology. DHS has obtained publicly available lists of registered voters in Washington. Those lists are compared with DHS information to identify registered voters who are not citizens. This is extremely labor intensive and requires several layers of checks to confirm we have the right person. We then further investigate to see if that person actually cast ballots in Washington.

Speaker 2 (03:45):

If we had access to the full database maintained by Washington, this could be done much more efficiently. We could simply compare Washington's information to ours and it would yield immediate results. Unfortunately, Washington is fighting in court to keep us from getting access to the full database. We may never know the full extent of illegal voting in this state without access to the full database of registered voters. Today, we sent a letter to the Secretary of State and election officials in Washington with the information about the 405 individuals we have identified as non-citizens who have been voted. We are asking for the states to set aside those ballots until we can confirm that they are legal voters. Now that the state is on notice, it is incumbent upon state officials to make sure they are counting only legal votes. This does not need to be a guessing game.

Speaker 2 (04:43):

If the state would cooperate with the Department of Justice and Federal Law Enforcement, we could easily identify illegal voters and illegal voters in the state of Washington. Finally, for those who continue to claim that there is no evidence of widespread fraud in Washington, here's my response. It is not my job to uncover widespread voter fraud. It is my job to investigate and prosecute those who commit federal

This transcript was exported on Oct 27, 2026 - view latest version here.

crimes in the Western District of Washington. Voting by non-citizens is a crime. Knowingly assisting those who are voting illegally is a crime. The right to vote is a sacred right that belongs to each citizen of this country. No one should be allowed to take that right from you. If you are a citizen of the United States and you are eligible to vote, you should vote. Each time the state of Washington knowingly or unknowingly allows a non-citizen to vote, they are canceling out or stealing the vote of a United States citizen.

Speaker 2 (05:43):

If you are not a citizen of the United States and you register to vote or you vote illegally, we will find you. We will continue to investigate and we will criminally prosecute those who vote illegally and those who assist others in voting illegally. Ultimately, the voters of Washington will decide how much fraud is too much fraud. I'll turn it over to Pete Serrano for some additional comments.

Speaker 3 (06:09):

Thank you Neil and thank you all for in attendance. Pete Serrano, of course assistant United States Attorney over Eastern District of Washington. As someone who came in having held public office for multiple years, the electoral system is near and dear to my part. It's something I've always had my questions about and like Neil, I get the question almost daily, what's happening, who's voting legally, who's voting illegally? And the answer is ultimately we, the three of us up here do not know. As Neil said, the Department of Justice through Assistant Attorney General Harmy Dillon had sought voter records and ballot records last year at the end of the year, that litigation remains ongoing. And ultimately to Neil's point, we have a better picture of what's happening in the state of Washington if we were to have access to that. Unfortunately we don't. And so enter our team at HSI who's done a bang up job looking at the records that are publicly available, that are accessible to them and comparing with people that are known to be non-citizens compared to those who are voting.

Speaker 3 (07:15):

It's obviously a labor intensive process. And again, I thank those partners, HSI and anyone else supporting them for their due diligence on this because this really is a tremendous labor. It's a heavy lift, it's a heavy burden. And ultimately, as Neil said, when it comes to these issues, our job is to prosecute. And when there are prosecutable issues that are brought to my office in Eastern District of Washington, I can assure you that my people, my team and I will utilize our full force and efforts. If other issues are brought to us, we've had some phenomenal other issues. We've had great drug busts, child pornography and sex rings. There's a lot that's ongoing. So while this is one of the issues that the administration has as a priority issue and it will remain that, there are a lot of other crimes that are being prosecuted in both of our districts.

Speaker 3 (08:08):

And I know Neil's team's done a bang up job with those high priority issues too. Ultimately we're here to make our community safer and better and that's our end game of this. That's our real goal is to make sure that, as Neil said, when you're voting, that your vote counts on a one for one, not on a ratio of someone who shouldn't be voting. So with that, I'll turn it over to April. Thank you.

Speaker 4 (08:37):

Good afternoon. My name is April Miller and I am the acting special agent in charge for Homeland Security Investigations here in the Pacific Northwest. HSI is conducting a coordinated criminal investigative effort focused on allegations of voter fraud and related federal criminal violations. Voter fraud undermines public confidence in lawful voting, government processes, and the integrity of our institutions. We take these allegations seriously and investigate them within the scope of our federal

This transcript was exported on Oct 27, 2026 - view latest version here.

criminal authorities. HSI's work focuses on identifying and investigating potential criminal conduct, including unlawful voting, fraudulent voter registration, false claims of United States citizenship, identity fraud, document fraud, immigration fraud, and related facilitation activity. HSI investigates allegations that individuals unlawfully registered to vote, unlawfully voted in federal or state elections or used false statements, fraudulent documents or deceptive identity information in connection with voting activity. Each matter is evaluated based on the available facts, evidence and applicable law.

Speaker 4 (09:57):

To date, HSI has actioned more than 1600 cases resulting in more than 160 arrests. These figures reflect a substantial investigative effort to identify potential criminal violations and ensure allegations are reviewed through appropriate law enforcement channels. We have identified a growing number of cases accepted for prosecution, underscoring the importance of thorough investigative work and close coordination with the Department of Justice and United States Attorney's offices. When the evidence supports prosecution, HSI coordinates with the United States Attorney's Office with jurisdiction to conduct a prosecutorial review and consider potential criminal charges. That office then makes all prosecutorial decisions. We coordinate with appropriate law enforcement and government partners to support lawful criminal investigations and identify related fraud or criminal activity. HSI's role is to identify, investigate and support the prosecution of criminal activity that may compromise the integrity of lawful voting, identification, immigration and government processes. Individuals charged with crimes are presumed innocent unless and until proven guilty in a court of law.

Speaker 4 (11:19):

Thank you.

Speaker 2 (11:23):

All right. So I understand we're coming up in election and two purposes for this press conference today. Number one is to let the public know that someone is looking into this. That may be a change and I know that people often wonder if anyone's doing anything about it. We are doing something. Secondly, it's to let people know that if you're not a citizen, you're not eligible to vote. That's a point of confusion here in Washington. Ballots are sent out to thousands, millions of people and many of them are not eligible to vote. We have done interviews. We have talked to the people that we've been able to contact so far and we will continue to do that. One of the things that we have discovered is that people are telling us, "I got a ballot in the mail. I though I was eligible to vote." If you're not a citizen of the United States, you're not eligible to vote even if you receive a ballot in the mail.

Speaker 2 (12:13):

So I think it's fair to put the public on notice and to provide that warning before we go into an election season. It would have been nice if we'd have done it before many of the ballots had already been sent out, but this is where we are based on our investigation so far. And with that, I'll take any questions.

Speaker 5 (12:27):

Yeah. Question for you. The databases that the federal government has used to verify citizenship of voters in the past have come under fire for flagging US citizens as potential non-citizens. What is your response to that?

Speaker 2 (12:39):

So this is a really major point of confusion and I want to clarify. There are two sides of the ledger. One side is, is this person that we have identified not a citizen? We're the federal government. We know the

This transcript was exported on Oct 27, 2026 - view latest version here.

answer to that question. That's not a hard one. And people are looking at what is going in to decide whether or not this person is a citizen? We know it has USCIS, we have immigration records, we know. The other side of the ledger is who is voting and that's what we're having a hard time getting access to. So the disparity comes when we try and check and see that the name that is on the voter registration to the limited information that we have. If we had the name, the social security number, the address, all the identifying information, it would make it much easier. But let's say on this side of the ledger, I've got John Doe and I know that John Doe is here legally.

Speaker 2 (13:28):

Well, there might be a lot of John Does. So the disparity is trying to marry those two lists and make sure that the one that's on the voter registration is actually the one that we know is not a citizen. So we're 100% confident in the ones we know are not a citizen, making sure that the same ones that are on the voter registration part, that's what requires multiple levels of checks and checking other databases to make sure we got the right. Does that explain it? Any other questions?

Speaker 6 (13:55):

Along those lines, and so for those 405, you are confident that all 405 both voted and are not citizens?

Speaker 2 (14:03):

Correct. You know that for sure. We've checked their voter registration. We've checked the fact that they have voted. We've spoken to many of them and we are confident that they are the same ones that are on the voter registration. I have to allow for the fact that we don't know everything the state knows, but at this point with the highest level of confidence I have, these are people that are registered to vote, have voted and are not citizens. Now, in terms of proof, are they the ones that filled out the ballot? Did someone else register them? Those are all questions that we still have to answer in the future because many of them are telling us, "Yeah, I never filled out a ballot." So without full access to what Washington has, it's difficult for me to show that the person that we know is not a citizen is actually the one that filled out the ballot and signed the name.

Speaker 7 (14:52):

Have you filed charges against any of these people?

Speaker 2 (14:54):

For the reasons I just stated, we have not. I do anticipate that we will be filing charges, but this comes into a matter of, my job isn't... I'm not out to punish some guy that made a mistake. That's not what we're trying to do. And that gets reported in the

Speaker 1 (15:14):

Press

Speaker 2 (15:14):

That they're out to try and discourage people from voting or punish people. Really what I'm trying to find out are the organizations, the people, the systems that set up illegal voting in the state of Washington that may require me to go after some people individually to gather more information. And a lot of these people that we've identified have not only registered to vote and voted, but they've also made false claims by applying for legal status with USCIS. So when you apply for your naturalization, you apply for a green card, you have to fill out an attestation and you get asked, "Have you ever voted in the United States?"

This transcript was exported on Oct 27, 2026 - view latest version here.

The answer to that question is no, they may have complicated it by, again, lying to federal officials about whether they voted, which is another reason that I wanted to highlight this because there are people out there.

Speaker 2 (16:07):

It's not just a matter of they might accidentally or unknowingly vote illegally. It could also

Speaker 1 (16:13):

Impact

Speaker 2 (16:14):

Their ability to get a green card or to become a citizen because if you make that mistake now, once you go in for an interview, guess what? For the first time, since I've been involved in immigration for, I don't know, 16, 17 years now, they're checking. So when you go to USCS and you fill out the application to become a citizen and say, "I've never voted," guess what? It's not that hard to go to votewa.gov, type in the person's name and date of birth and figure out if they actually voted in the past. The reality is they haven't really been doing that much. Now we are.

Speaker 8 (16:51):

So you mentioned that HSI use publicly available lists of voters in Washington. Can you precisely what was the source of that?

Speaker 2 (17:03):

Well, one of those is the vote law.gov that we can actually check these people individually one at a time. The other lists that they're getting about who is registered to vote, a lot of that stuff is publicly available and I don't know, and if I did, I wouldn't tell you the exact list that we're looking at. But again, that's on this side of the ledger of us trying to decipher what the state of Washington won't give us, trying to figure out who's actually registered to vote, the wisdom identifying information. The other side of the ledger about whether they're citizens or not, we're 100% confident.

Speaker 9 (17:38):

What happens if the Secretary of State's office doesn't comply with their vessels?

Speaker 2 (17:44):

So the time limit is what we would like to see. I will tell you that the first purpose of us putting them on notice is now it is incumbent upon the state to take action. At this point, we sit back and watch. I mean, if the state is doing what they say they do in all the press releases and trying to ensure fair and safe and accurate elections, they'll take some action. If they don't, then we will continue to provide them notice of those individuals that are non-citizens and ultimately we may have to take additional action, but I don't think that we do at this time.

Speaker 10 (18:21):

Secretary House for 60 different voters' information. Is that related to this effort?

Speaker 2 (18:29):

I'm not going to comment about any legal processes or subpoenas that we're doing because we're prohibited from discussing certain materials that may be related to grand jury or other. But I will tell you that if it requires legal process for us to get the information that we need for, just like in any criminal case, anytime we're doing an investigation, we'll use whatever legal process we have available to gather the information for criminal investigation. Say that again.

Speaker 1 (19:03):

Why is? He says it's privacy.

Speaker 2 (19:07):

So I'm not going to... I can't state for certain why. I can tell you that some of the things that we typically run into would be this giant shield that everyone in the state uses called the Keep Washington Working Act, where they claim that they're not allowed to share any information that can be used for immigration purposes. Rest assured, this is not for immigration purposes. This is trying to ensure accurate and safe free elections, trying to make sure that legal votes are the ones that are counted. But invariably, when you call any state official and say, "We would like you to give us some information so we can check to see if these people are citizens so they can vote." It's always the Keep Washington Working Act that they use. And by the way, that was originally designed to be, "We're not going to use resources.

Speaker 2 (19:59):

We're not going to use manpower to help and assist with immigration enforcement." Now it's being used to basically stick your head in the sand for anything that has a word beginning with I, so they can shield themselves from any responsibility. If they're going to say they have fair and free elections, then they need to follow through on it and not use that as a shield. And by the way, we're not offering to do anything other than help them. We want to give them our information and we want to be able to make sure that what we're giving them is accurate. Let's share information. Let's get to this common goal together. But if they're not willing to do that, then we have to do it on our own.

Speaker 7 (20:41):

The 400, for how many years? How many elections can you give a sense?

Speaker 2 (20:46):

Decades.

Speaker 7 (20:46):

Decades.

Speaker 2 (20:48):

Some of them have voted dozens of times, some of them only once, but by the time you add up, and frankly, I got tired of counting how many actual votes it adds up, but we have essentially a spreadsheet that says it's over 1500 votes that have been cast. Now, when I say that, I mean that's actual ballots. If you count how many people they voted for on that ballot, I can't even contemplate how many votes that would be.

Speaker 6 (21:15):

So what comes next? What percentage of the total voter rolls has HSI been able to go through to get these 400 so we can get some sense of sort of how big the problem is? How much have you reviewed and what comes next?

Speaker 2 (21:30):

So it depends on where we're getting the source initially. I can tell you initially a lot of this information came from exactly what I explained. People applying with USAS to get some other benefit. We flagged it because somebody checked. As has been widely reported, they have interviewed some people crossing the border because they have information. There's also, anytime we encounter someone, now they're starting to check on immigration enforcement, excuse me, on voter registration and voting. So for example, someone gets arrested and detained down in Tacoma, they might be checking down there to see if that person's ever going to register the vote. So what we're looking at is a very tiny population of people that we have made contact with recently. As we expand to that population, we're going to get exponentially more people. And to be clear, we haven't even touched the people that we're not contacting.

Speaker 2 (22:32):

The people that are here illegally that we don't know about, they just crossed the border. If they haven't ever made contact with law enforcement in the past few months, we haven't checked those yet, much less... It would be easier if we had the entire voter roll and it was accurate and we checked their list against our information. Right now what we're doing is we're taking our information and trying to see if it's on their list and that's a very difficult process.

Speaker 5 (23:01):

Is the DOJ, HSI, are you taking note of how these potential one citizens are voting? Are they typically voting blue?

Speaker 2 (23:07):

No, absolutely not. And first of all, I don't have access to the information and I don't care. I mean, how they vote is immaterial to me. Whether they vote and whether they deprive the United States citizen of their right to vote is important to me. I'm sorry, I didn't mean to cut you off. Th was an easy one for me.

Speaker 10 (23:25):

Can I ask something a little bit on a little bit different note? Steve Hobbs said that the CSA briefing on cybersecurity for overseas threats hadn't happened yet. This was on Thursday when he was interviewed and he said your Homeland Security was trying to offer that. Can you comment on that?

Speaker 2 (23:44):

You don't have to. We're trying to keep this on topic today and I don't want to hit anything that she wasn't prepared for today. I don't actually know the answer to the question. I'm not familiar with the comments that he made and I would want to become familiar with that as with April before I start to comment on Steve Hobbs.

Speaker 8 (24:01):

You noted how close we are to the election here. This has been made pretty clear in the California case before the Ninth Circuit, changing processes to try to sequester these ballots this late in the game. In the case in California, they're saying that could cause catastrophic effects on citizen voters, people who are

properly registered who could have their ballots held or not counted or just cause other sort of chaos in the system. I mean, why don't we think that would be the case here?

Speaker 2 (24:47):

So why don't I think that this would cause disruption among the current system?

Speaker 8 (24:51):

Yeah.

Speaker 2 (24:52):

First of all, although it's a lot, 405 is not 20,000. Secondly, it's because I constantly hear reporting, although they have not spoken to me, that if someone is not allowed to vote when they receive the ballot, they filter those out. The state is already claiming to have the capacity to filter out people that are not eligible to vote before the votes are counted. All we're doing is ask them just to add this to your list. And by the way, we're not saying don't count the votes. We're just saying this is the information we have. If I were not the acting United States attorney for the Western District of Washington and I were an average citizen and I said, "I have a list of 405 people that I know are here, they're not citizens and I know they voted or I suspect they voted," and you gave that in as a tip, wouldn't you expect that the state would do something about that?

Speaker 2 (25:52):

So when it's coming from the actual officials who have the actual information, the fact that they're sticking their head in the sand and refusing to do anything about it is... First of all, let me say they haven't officially done that yet, but if they were to do that, that would be offensive.

Speaker 9 (26:08):

This letter mentions the legal obligations that county election officials are under and also that your office does make criminal referrals to state counterparts. Is it possible that local and county elections could get someone charges if they process some of the names on this list? I'm

Speaker 2 (26:26):

Not going to speculate about what happened with any particular individuals. What I can tell you is what the law says. It is illegal under section 611 for non-citizens to vote. Anyone that assists someone in voting illegally would be also guilty of that crime under the aiding abetting theory, just like any other crime. So if you conspire, if you aid and abet someone else in committing a crime, then you could be guilty of a crime as well. I guess what I want to say about this is the most frustrating part and the one thing that I want the public to know is that the system that we have right now is set up to make this extremely difficult, if not impossible, for there to be any enforcement with respect to illegal voting in the state of Washington. They send out the ballots to people, they say they're checking.

Speaker 2 (27:19):

I don't know what they're doing to check, so maybe this is the test to see if they're checking because we provided them credible information that these people are not eligible to vote. Then on the back end, let's say that we know someone voted illegally. Proving it in a court of law becomes extremely difficult because you have to rely on what someone is telling you. You have to get handwriting analysis perhaps in order to be able to make sure that the signature's verified or just the blind nature of the system makes it very difficult to do. And by the way, this state has very little incentive to do anything about it because

even if I were to prove that those 405 people voted illegally, those votes were counted. And once they're counted, you can't unring that bell. So the more information we can give them in advance of an election, the more we have the opportunity to stop it before it happens.

Speaker 7 (28:19):

Are you also checking other potential illegal voting, like double voting or deceased person, stuff like that?

Speaker 2 (28:27):

We're getting there and yes, that is my goal and my hope, and that's the other thing. I spoke to someone earlier today and said, "We're only looking at one category of illegal voting at this point, but multiple voting, people that frankly have passed away in their voting, those are all categories we'd like to get to. Everybody in this room and watching on TV knows that they have someone close to them, a family member who has received a ballot or you've received a ballot for a relative that's moved out of the state, someone that's died. I'll share an example. My mom, bless her heart, love her to death, she now has severe memory issues. She's got dementia. She lives in an assisted living facility here in Washington. My stepfather received a copy of her ballot and in spite of serving in the state Senate and the House of Representatives here, she still gets a ballot and she's not going to be able to vote ever.

Speaker 2 (29:28):

She doesn't have the capacity to do that anymore. She's nonverbal. So he called the state elections office and said," What can I do to get her taken off the list so that we'll continue to receive ballots and perhaps it fall into her own hands? "The response from the state was," We are legally prohibited from removing someone from the state election rolls unless that person calls and provides information that they have transferred that they want to be taken off. Well, my mom's not going to do that or they provide a death certificate.

Speaker 2 (30:02):

So how many years are we going to continue to get a ballot for her after she dies? How many years am I going to continue the ballot now and just hope that someone doesn't intercept it in the mail and fill it out for it? We live in a state where people are dropping ballots into dumpsters and we're reading press reports about it. We got to start somewhere. This is where we're starting because this is the most reliable information we have and we're hoping to work and cooperate with the state so that we can make better elections here in Washington.

Speaker 7 (30:29):

Sorry one more. Will there be any HSI agents out during election day or checking?

Speaker 2 (30:35):

So federal law enforcement are out all the time, but checking someone to see if they're eligible to vote, no, that's not going to happen. No.

Speaker 6 (30:48):

Can you talk about the DOJ election observers that were announced? Is that being run through your office?

Speaker 2 (30:52):

This transcript was exported on Oct 27, 2026 - view latest version here.

So every election has happened so far, not just this one. DOJ has always sent out monitors just to try and keep an eye on election to see if there's anything they can do to improve the system or to answer questions to help with cooperation. And this is no exception. This year there will be several election monitors that sent out. In fact, I think Pete is one of them and maybe going out.

Speaker 6 (31:20):

Will that be law enforcement or can you give us an idea of who those?

Speaker 2 (31:23):

DOJ employees, but it's not law enforcement.

Speaker 1 (31:27):

Okay. Thank you very much. Thank you guys.