# Exhibit D

This transcript was exported on Oct 30, 2026 - view latest version here.

Speaker 1 (00:00):

Washington State's motor voter system, it's supposed to screen out non-citizens. And yet, according to federal prosecutors, more than 400 of them ended up on the voter rolls and voted in multiple elections. Some of them green card holders who never knew the state had even signed them up to begin with. Now, meanwhile, you got Secretary of State Steve Hobbs spending the year insisting, "Well, there are probably only about 15 cases of non-citizens voting in 43 years." That's obviously not the case, according to my next guest. Both US attorney's offices handed him a list and asked him to set those ballots aside. Obviously, election day is just eight days away. Neil Floyd is the acting US Attorney for Western Washington. His office built this case and he joins me now. Welcome back to the show.

Speaker 2 (00:46):

Thanks for having me, Jason.

Speaker 1 (00:48):

So take us through how you made this discovery.

Speaker 2 (00:52):

Well, I mean, it kind of started back when the Trump administration first asked for a copy of the voter rolls here in Washington, just so we could confirm that the people on it were legally allowed to vote. Obviously, they rejected that request and there's current litigation going on in court about whether or not we can get access to it. But my job here is to investigate criminal activity. So we started looking into it and it was a matter of getting what we already know, which is these people are non-citizens, and then try and compare that to what we're trying to pull together since the state's not turning it over of their list of registered voters. And it didn't take long before we realized that many of them, we're up to 405 now, of people that we are confident that are on the voter rolls. Actually, it's not even really confident.

Speaker 2 (01:44):

They voted. I mean, we've got the evidence that they voted and that they are non-citizens. So clearly there's a problem here because we've just begun to look at this and it didn't take long to identify 405, which is the list that we're sending over to the Secretary of State and asking him to basically do something. I mean, now you're on notice. You got notice that these people are here, they're not citizens, they're voting. What are you going to do about it?

Speaker 1 (02:09):

Over the course of how many elections did this data get compiled?

Speaker 2 (02:14):

Decades. I mean, we've looked back decades. Some of them have voted several dozen times. Some of them have only voted once. We're up to, I don't know the exact number, but over 1,500 ballots cast by people that were not here, not citizens. And when you live in a state like we do where the governor's race was settled by what, 129 votes back in 2004, you constantly hear people say there's no evidence of widespread voter fraud. Well, what's widespread? And frankly, that's not my job. I'm not here to identify widespread voter fraud. I'm here to identify people that are violating the law, committing felonies by voting in the state of Washington.

Speaker 1 (03:00):

This transcript was exported on Oct 30, 2026 - view latest version here.

Are you at the point where you know whether or not someone knowingly registered to vote illegally versus someone who thought they were allowed to vote because they were actually allowed to register? I mean, I imagine just from a criminal standpoint, it's not easy to confirm or prove that someone knowingly violated the law.

Speaker 2 (03:22):

Well, and that's the problem is people say, "Hey, look, no one's ever been convicted or charged with this." They keep looking that as evidence of proof. Well, the problem is they've built a system that makes it difficult, if not impossible, to bring criminal charges related to this. So yeah, we've interviewed a lot of these people and they say, "Well, I didn't know I was registered to vote." So we start looking into it, find out. Sure enough, they got registered when they got a driver's license. Somebody checked the wrong box intentionally, knowingly, unknowingly, who knows? Once they get registered in Washington, you get mailed a ballot. And a lot of people are saying, "Yeah, I received a ballot in the mail, so I assumed that I was allowed to vote in Washington. Why else would the state of Washington send me a ballot?" And then even if I were to get past all of that and prove that they knowingly registered to vote, the real problem is then who filled out the ballot?

Speaker 2 (04:16):

Some of them are saying that, "Well, I didn't fill out the ballot, and now I'm in the situation of a prosecutor trying to get evidence to prove that they're the one that actually filled it out, mailed it in, and that they knew they weren't allowed to vote."

Speaker 1 (04:28):

Well, let's talk about that possible scenario. Let's say a woman who's a green card holder who lives in Kent, she got a ballot in the mail, she filled it out thinking that she was allowed to vote. What happens to her at this point?

Speaker 2 (04:42):

So we're trying to divide this basically into buckets, groups of individuals that we have confidence that they knew better. And a lot of these people we identified through USCIS. So when you apply to citizen immigration services for a benefit, you apply for a green card or you apply to become a citizen, you have to check a box and you get interviewed to find out whether or not you voted in the United States. And frankly, up until now, no one checked. Well, guess what? We're checking. It's not that hard to go on to votelaw.gov and type in their name and date of birth and figure out whether they're registered to vote. And if they lied on that application, that may be a separate criminal violation. And then when someone becomes a lawful permanent resident, they get what's called a memorandum of creation and some documents that explain you're a lawful permanent resident.

Speaker 2 (05:34):

That means you can do this stuff and you can't do this stuff. So if we can prove that they received notice of it, that they were not allowed to vote, then claiming ignorance is a little more difficult.

Speaker 1 (05:47):

The Secretary of State obviously doesn't take orders from the Justice Department and the ballots are mailed and they're coming in already. And it's possible that some people on that list of yours have already voted. What leverage do you have if the Secretary of State decides to count those ballots, even though you're pointing out the evidence that you have?

This transcript was exported on Oct 30, 2026 - view latest version here.

Speaker 2 (06:09):

Well, that's the other problem with the system that we built. And frankly, it's pretty much the law throughout the country that once a ballot's been counted, it's too late. It's going to count. So the effort is to try and get people to take initiative to try and identify those people that are not allowed to vote before they have the opportunity to do that. In Washington, there's been zero desire to actually look into it and cooperate with the federal government to try and do that. Now that we've put them on notice, it raises the bar a little bit because it is a violation of 18 USC 611 to vote illegally when you're not a citizen. And if someone were to cooperate or to aid and abet or to assist someone in voting illegally, then they could be guilty of a crime as well.

Speaker 1 (07:01):

Neil Floyd joining me on the line. He's the acting US Attorney for Western Washington. You had mentioned that this is the tip of the iceberg. So I mean, potentially then what's actually under the water?

Speaker 2 (07:13):

So we're looking at populations that are easy to identify first, and frankly, a lot of those are the ones that went to USCIS. We have not even begun to touch the people that are here illegally. So far, we've been looking primarily at lawful permanent residents because it's easy to do the documentation and the people around them perhaps. So when we get into the larger population that are here illegally, it didn't take long to identify 405. I'm confident in saying there are thousands of people that are voting that are not citizens.

Speaker 1 (07:49):

Wow. Well, I guess what's your message to Secretary Hobbs and other Democrats who claim voting fraud is incredibly rare? And statistically, that might still be the case even with thousands if you look at millions across the country. But to your earlier point, it does obviously matter and it's not just about federal elections, it's the water commissioner who wins by 17 votes. It's a city council member who wins by a couple hundred.

Speaker 2 (08:16):

Well, my message to them isn't to try and force or put leverage on anyone. It's more of an invitation. I mean, if you're going to live up to what you tell the public here in Washington is that we have safe, fair, free elections, that we are regularly checking these things, then why wouldn't you accept someone's help? Why wouldn't you accept me telling you, "We know these people are not citizens. Can you take a look at your voter rules? Work with us. We're happy to help you and let's get it right here in Washington." Now, the flip side of that is that I'm also putting the public on notice. As we collect 400, 1200, thousands, eventually the public here in Washington might want to take a look at how we're doing our elections because we're only talking about non-citizens voting. We haven't even talked about the other categories of people that are no longer alive, that may be mentally infirmed, that may have criminal histories that prohibit them from voting.

Speaker 2 (09:15):

I mean, everyone knows someone that they got a ballot for their dead mother, their sister that moved away. My daughter moved to Florida. She's registered to vote in Florida. I got a copy of her ballot. What do I do with it? And we call and try and get her removed and they say, "Well, no, she has to call and she has to give us proof that she registered another state." It's almost impossible to get someone taking off of the voter rules here in Washington. So we know that there are thousands of ballots that end up in dumpsters that get mailed out to people that are not allowed to vote. What's happening to those ballots? Unfortunately, we've reached the point in Washington where we're no longer trying to collect votes.

This transcript was exported on Oct 30, 2026 - view latest version here.

We're trying to collect ballots. And until we start identifying who's getting those ballots and who's sending them in, we're just inviting fraud.

Speaker 1 (10:04):

Well, and Secretary Hobbs has pointed out multiple times that even if someone who's not supposed to vote ends up sending in a ballot, that they just won't count it on the back end. And it seems to me you're not going to be able to prove that they counted the ballot, but they could show that they didn't count the ballot, which would make all of this a whole lot easier.

Speaker 2 (10:26):

Well -

Speaker 1 (10:28):

Or can you figure out that they actually -

Speaker 2 (10:29):

No, they're telling us that the state law in Washington prohibits them from asking any information or collecting any information about someone's immigration status. So how could they possibly identify someone that's not eligible to vote unless they accept our information? They're not asking. So they've set up a system where they can't actually not count those ballots and they're required to count those ballots unless they were to work with the government and help identify the ones that are now. There's no way for them to do it on their own.

Speaker 1 (11:04):

Has the secretary's office or anyone on his behalf communicated with you about any of this?

Speaker 2 (11:12):

Outside of the litigation that's in Washington about us getting access to their voter rolls, no.

Speaker 1 (11:17):

No. So they don't even seem interested in having good faith conversations. I imagine they're going to say that you're not acting in good faith.

Speaker 2 (11:24):

I don't want to say that yet. We just sent them the notice. We just sent them the list. Now it's incumbent upon them to do something. Let's give them the opportunity to do the right thing. And if they don't, then we'll be talking again.

Speaker 1 (11:36):

Is there any fear that folks like Senator Patti Murray will use this to further try to prevent you from becoming officially the US Attorney for Western Washington?

Speaker 2 (11:47):

Jason, I told you in February, and I'll tell you the same thing I said then. I've never spoken to Patty Murray. She's never asked to speak to me. She has no interest in finding out what my qualifications are,

what I'm here to do, and I welcome the opportunity. Anytime she wants to call, I'll pop over and we can talk anytime.

Speaker 1 (12:03):

There you go. If you want to learn more about this, please check out seattlered.com where you've got more information on the allegations that are being made. Obviously, this comes with significant implications. I don't care if it's four versus 400. This actually does matter, and we've been lied to by the state about what it is they're doing to ensure that this doesn't happen, because we were told that this can't actually happen. US Attorney for Western Washington, Neil Floyd, thank you so much for stopping by.

Speaker 2 (12:29):

Thank you, Jason.