# Exhibit E

This transcript was exported on Oct 30, 2026 - view latest version here.

Speaker 1 (00:00):

Welcome back to the Jason Ranch Show. Secretary of State Steve Hobbs got a list on Monday from federal prosecutors naming 405 people they say are non-citizens who cast about 1,500 ballots here across the state. Many of them are green card holders who signed up through Motor Voter. The feds gave them until noon on Wednesday to set those ballots aside and Hobbs refused. He says his review turned up US citizens on the list, plus people who aren't even registered and he accused prosecutors of acting in bad faith. Pete Serrano is first assistant US Attorney for Eastern Washington. He signed onto the letter. Pete, welcome back to the show.

Speaker 2 (00:42):

Hey Jason, thanks for having me again.

Speaker 1 (00:44):

So what do you make of the response from Secretary of State Hobbs?

Speaker 2 (00:52):

Look, I don't make anything of it. It's what I expected to see from Secretary Hobbs. He's going to quote the three words that he and everyone else in Olympia use, free and fair elections, which we have grave concerns that they're neither free unless you're talking about in the sense that it's a free for all for anybody and we don't believe them to be fair. We did in fact identify, and I think Neil Floyd captured this very well, we identified 405 individuals who are known to be non-US citizens, full stop. Those individuals have voted historically. As Hobbs said in his first commentary, people on that list have voted since some since the 1990s. It's funny because you see on social media, a lot of people are saying, well, how many voted in 2004 when Dino Ross lost the governor's seat? How many are voting in small communities when it's 10 ballots?

Speaker 2 (01:49):

I recall, I believe down in the 17th legislative district, Brad Benton lost a Senate seat, I think in 2024 by 18 votes, 30 votes. You had the public lands commissioner vote in the primary between the current public lands commissioner, I believe, and Jamie Herrera Butler that was separated by 49 or 47 votes. So every vote -

Speaker 1 (02:12):

We just had a primary up in Bellingham where in that case it was a Democrat who lost by four.

Speaker 2 (02:19):

Yeah. So every vote counts to have true elections with real integrity, with real data, real information, that's what we're asking the secretary to do. Now, I expected him to lament the fact that we had sent these. I wasn't surprised at all that he lamented the fact of the timing of this. Let me be clear, the timing of this was because we are doing the homework for the state. We have sought, as you know, Assistant Attorney General Harmy Dillon over a year ago sought the voter rolls, and that's been met with litigation, obstruction. It's been met and fraught with absolute fight to get those roles. And not surprisingly, it's being held up in the courts. And so had they complied with that request a year ago, instead of, let me be clear, instead of Steve Hobbs passing an emergency WAC, a Washington Annotated Code, an administrative regulation that said if county auditors work with third parties, i.e.

Speaker 2 (03:25):

This transcript was exported on Oct 30, 2026 - view latest version here.

The federal government, that's potentially a class C felony up to $10,000 and a year in jail. Had he not passed that WAC and then sponsored legislation in the 2026 legislative session to make that codified into an actual law, which it was, and passed again at Bob Ferguson's signature with an emergency clause, meaning A, it's not subject to challenge and B, it happens immediately. So in March of 2026, that law went into regulation. We could easily work with our county auditors. We could easily work with the Secretary of State who wants to provide the information. Again, instead we're being met with this obtuseness, this desire to battle and dig heels in. And then he tells us, oh, once you provide proof, buddy, we gave you 405 people. They had their names first and last. They had dates of birth, counties of residents and additional information. So let me make two points on that.

Speaker 2 (04:29):

There was adequate information that Hobbs or he could have sent to each county auditor saying, Hey, this individual with this birthdate is a known non-citizen. Please segregate their ballot. We're not asking them to not count the ballot. We just want to know if those 405 people do in fact vote because I can't tell you that. You can't tell me that, Jason. And it's not our job to tell us that. It's either the county auditors or the Secretary of State to identify those individuals and segregate the ballots. Now, if those individuals have become citizens in the subsequent passing years, which again, that list of 405, they have not. They're lawful permanent residents, green card holders, other... We're not saying these people are illegally present. We're saying they're present, but they cannot legally vote. And again, it would either be one of the 39 county auditors or Secretary Hobbs' job to segregate those ballots to ensure that there's actual integrity and fairness in these elections.

Speaker 2 (05:32):

And we're being met with him just ultimately saying no way. So now we're in a position where we have to do one of two things. We can let it go by the wayside, which we do not intend to, or we can start working with county auditors, which now places the county auditors in a position, do I potentially violate this law because Steve Hobbs will not do his job?

Speaker 1 (05:54):

Yeah. Well, what are you going to do then? What are the next steps? Let's do a quick timeout from the video. Tired of the news telling you how to think? So am I. Head to seattlered.com. Real news, straight opinion and zero left-wing spin. Get the story Seattle Media will not touch. Plus you get the podcast and full video feed all in one place. That's seattlered.com and do me a favor, hit that subscribe button while you're here. Now back to the video.

Speaker 2 (06:22):

Right now we're going to go back. We're going to look at the roles and I don't want to let it out too far. I'm concerned with putting my auditors who are willing to work with us in peril because as you can imagine, if we start asking them to do it and they start complying, now we're going to ask them to put themselves in a pickle. Do we comply with a federal subpoena or do we comply with state law? And as you can imagine, the DOJ demanding information from them, that's got its own subject to federal penalties. So right now we've been talking about it. Unfortunately, I just barely got back from a trip back east. So my team and I and Neil's team and I, we're all going to really convene the heads and make sure that we've got something to move forward over the next handful of days.

Speaker 2 (07:14):

I think we're going to continually demand that these are segregated. We want to make sure these ballots aren't counted. And if ultimately we have to send 39 letters to 39 auditors over the next couple days, we

can do that. The interesting thing is you know, unfortunately the US Supreme Court determined earlier this year that election day means you can count for however many days your state allows. And I believe 21 days is what Washington allows for counting ballots. So in theory, even though these ballots could be counted and tabulated, they could still be segregated and then ultimately reviewed on the back end between now and November 23rd, which would give these county auditors, notwithstanding the "eve of election" and the amount of immense work these people are doing, which they are doing great work, at least in the county auditors. There's an opportunity to cure this process.

Speaker 2 (08:12):

Ultimately, our goal here was to tell the state of Washington, "We've identified problems and if we've got to take legal action to cure them, we will do that. If we want to cure the issue, we may just have to cut the state out."

Speaker 1 (08:26):

Why not release the names publicly?

Speaker 2 (08:30):

I mean, look, I'm not trying to out anyone and make it some sort of perilous situation for them. I think there's a lot of tension when it comes to immigration issues, and this to be clear, is not an immigration issue, but I think a lot of people would see it colored through that lens. So what I don't want to do is put an individual who's, whether it's from a South or Central American country or somewhere overseas or Canada, I don't want to put that individual feeling like they're at risk, feeling like they're being hunted. I don't want some person who's maybe a little, let's say, exuberant or excited in resolving some of these issues to do something wild or obstructionist on their own. Ultimately, I want to, just like Secretary Hobbs claims, protect the identity of these individuals. I sincerely want that. Whether he does or not, he can opine on that.

Speaker 2 (09:34):

I want to protect these individuals because again, they're here lawfully, some are here lawfully. Again, that's why they're identified with alien numbers, identified with lawful permanent resident status. I just don't want them voting. And equally importantly, as Neil said on Monday, we have some of these people who are saying, "Well, I never registered to vote." So the problem's not the individual, the problem's the Department of Licensing.

Speaker 1 (10:05):

That piece is really important, and I was just going to bring that up. When I spoke with Neil Floyd a couple days ago, he indicated, number one, his team or your team, someone within the DOJ, I guess, spoke with some of the people who were registered and they acknowledge, "I never registered, at least on my own. I didn't know that this has happened and I had not voted." Or you're also making a point that maybe some did, not knowing what they did was illegal because they were added to the voter rolls, or there were some... I mean, the indication was that these people didn't actually break a law, at least knowingly break a law, which is presumably why you're not putting all the information out there publicly, but you've provided that to Secretary Hobbs.

Speaker 2 (10:51):

A hundred percent. And so to that point, I mean, our job is to prosecute crime. It's not to violate 18 USC 611, the United States Code that addresses illegal voting. The only way to do that is to knowingly vote illegally. And to your point, some of these people, they don't really speak English. They certainly don't

This transcript was exported on Oct 30, 2026 - view latest version here.

read English. And so just like you or I, if we're in a country, we may not understand this language fully and we get a piece of mail that says, "Go ahead and fill this out." And it's like, "Well, okay, someone sent this to me. It's official." Funny thing is Secretary Hobbs wants us to identify ballot numbers. It's like, "Okay, so obviously you, Hobbs, are tracking these ballots. You have a way to aggregate them. You have a way to segregate them, and you have the ability to send them to people and not send them.

Speaker 2 (11:46):

And you're asking us, we the DOJ, to find these people. And so again, when an official piece of mail comes to your home and you may not fully understand it, you may presume that you have the right to vote and you may presume that you're doing the right thing for the country. Again, I'm not trying to lay blame. And again, back to your question of why not make this publicly available of these names and locations. I'm not trying to lay blame at the feet of the voter. I lay full blame at Steve Hobbs' feet and his people and his recalcitrance to work with us, notwithstanding his claim that he wants to, is entirely infuriating.

Speaker 1 (12:28):

Yeah, he obviously doesn't want to work with you. My last question, just I want to read from at least a part of his statement. He said, "Despite the deficiencies in the information you provided, my office was able to conduct a preliminary analysis. That analysis reflects a significant number of people on your list who are not currently registered to vote or are on inactive status contradicting your representations." So one, what's your general response to that and how confident are you that the info you have is up-to-date as of today? Because as you pointed out and Neil pointed out, you were looking over decades. It's not necessarily someone right this moment who is voting, but can you clarify what is actually on the list and what's your response to his criticism?

Speaker 2 (13:12):

So yeah, a couple of points there. One, I'm confident that that is accurate. So some of the people, like I mentioned, have a lawful permanent status and some of them may have subsequently become naturalized and they may have voted a decade ago. They may have voted in 2024 and not had lawful but non-citizen status, correct? And maybe in 2025 or 2026, they subsequently naturalized. That may be the case. The point is the people we put, 405 people since 1996 or 1992 did not have citizen status and voted, period. And so whether he wants to squabble over whether these people are currently citizens and currently voting, we wanted to say, "Hey buddy, here's a softball. Take a look, step up into the batter's box and hit it out of the park and save free and fair elections as you so call them. Show the people of Washington that you got the softball and it came right at you and you hit it out." He could have

Speaker 1 (14:24):

Equally,

Speaker 2 (14:24):

The same way that we ran the data said, "Hey, look, we have

Speaker 1 (14:29):

Identified

Speaker 2 (14:30):

That there are in fact, rather than telling us we think there are problems with this," he could have easily said, "We've confirmed that 399 do not currently have full resident status, full citizen status." Instead, he

This transcript was exported on Oct 30, 2026 - view latest version here.

digs his heels in and says, "Oh, well, some people are subsequently become citizens. Okay, great. Don't worry about their ballots. Not now, but what about when they voted in, again, the primary, like you mentioned, in

Speaker 1 (14:58):

Bellingham

Speaker 2 (14:59):

And it cost that person the four vote race or Brad Benton's or Dino Rossi's, right? I mean, we have had historically very tight races in this state and the fact that they may have been skewed by non-citizens who are voting and that continues to persist, that's a problem that he should be identifying. Instead, we'll do the homework for him and he rejects it.

Speaker 1 (15:27):

Well, that did not come as a surprise. I know he's going to have a lot more to say today and we'll air it throughout the show and of course tomorrow and up until Tuesday. We've been talking about Pete Serrano, the first assistant US Attorney for Eastern Washington. Thank you so much for stopping by. I really appreciate it.

Speaker 2 (15:43):

Thanks, Jason. Appreciate it.

Speaker 1 (15:44):

Of course. This is the Jason Ranch Show.