# Exhibit H

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE

August 25, 2026

Hon. Markwayne Mullin
Secretary of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

***Via Electronic Mail: elections@hq.dhs.gov***

Dear Secretary Mullin:

I am writing to follow up on the August 13 virtual meeting between the Pennsylvania Department of State and representatives of DHS. We met with DHS officials to discuss your letter dated July 16, 2026, related to non-citizens on Pennsylvania's voter rolls, and for DHS to provide information as to the methodology underlying the conclusions in that letter.

During the meeting, DHS representatives explained that they did not have high confidence that the 14,576 individuals referenced in your letter were, in fact, non-citizens who had improperly registered to vote in Pennsylvania. In addition, they agreed to provide DHS's methodology in writing, which we expect will include a list of specific data sources used in your analysis. We await this information.

In particular, we look forward to understanding how you attempted to match registered voters in Pennsylvania with information in DHS's data sources, and how you determined which "matches" were associated with greater or lesser degrees of confidence. Furthermore, we ask you to explain what data from your review that DHS is offering to provide to the Department of State. As we understand it, DHS is willing to provide a list of Pennsylvania voter identification numbers of individuals you have determined may be non-citizens, but without any additional context, such as an explanation of why you believe each individual to be a non-citizen. Please let us know if our understanding is incorrect.

We reiterate concerns raised in our July 29, 2026 letter—the right to vote is sacred, and the cancellation of any voter registration record must be based on reliable data sources and done in accordance with Pennsylvania and federal law.

We appreciate your providing this additional information so that we may further review and determine appropriate next steps.

Sincerely,

Al Schmidt
Secretary of the Commonwealth