# Exhibit I

WASHINGTON
Secretary of State

Menu

# Washington Secretary of State Steve Hobbs' response to DOJ letter

July 16, 2026

On July 7, our office received a letter from the Department of Justice titled "The State of Washington’s Compliance with Federal Law Governing Voter Eligibility."

My response is below:

Dear Mr. Mohrman,

Washington has received Assistant Attorney General Harmeet Dhillon’s letter dated July 7, 2026, titled "The State of Washington's Compliance with Federal Law Governing Voter Eligibility." The letter appears to be another instance in a troubling pattern of efforts to intimidate election officials and interfere with states’ constitutionally protected election administration.

Washington election officials take seriously our responsibilities under both federal and state law. This commitment is reflected in RCW 29A.04.205, which states:

"It is the policy of the state of Washington to encourage every eligible person to register to vote and to participate fully in all elections, and to protect the integrity of the electoral process by providing equal access to the process while guarding against discrimination and fraud."

Washington's elections are conducted transparently, and our voter registration maintenance procedures are publicly available. I invite you to review Chapter 3 of Elections 101 PDF, along with our published guidance on Cancellation Due to Death PDF, Cancelling Inactive Voters PDF, Restoration of Voting Rights After Felony Conviction PDF, Voter Registration

Applicants Without Identification, and Voter Registration Updates. As you will see, Washington's practices fully comply with the requirements of the National Voter Registration Act of 1993, 52 U.S.C. § 20501 et seq.; the Help America Vote Act of 2002, 52 U.S.C. § 20901 et seq.; and Title III of the Civil Rights Act of 1960, 52 U.S.C. § 20701 et seq.

Notably, your letter does not identify any specific concerns regarding Washington's voter registration procedures or compliance with federal law. If the Department has recommendations regarding our practices, we ask that it identify the factual basis and applicable legal authority so that we may review it promptly. We regularly coordinate with our federal partners on matters involving election administration and election security, including efforts to protect our elections against both physical and cyber threats.

For example, in 2025 the Department of Justice shared several potential instances of double voting with our office. We reviewed each referral and, where appropriate, forwarded the information to the applicable county auditor for investigation in accordance with Washington law. Many of these records had already been identified through our existing Data Integrity Program.

State and county election officials faithfully administer elections under the laws enacted by their legislatures and should be able to perform those duties free from unsupported suggestions of criminal liability. Threats of criminal prosecution, absent the identification of any specific violation of law, undermines the cooperative relationship that has long existed between federal partners and state election officials and may demoralize the election officials responsible for administering free and secure elections.

Finally, your letter asks how the Department can assist Washington. We welcome meaningful assistance, including timely information sharing regarding potential election crimes, cybersecurity threats, and other actionable intelligence. We remain committed to working cooperatively with our federal partners to protect election integrity while respecting the constitutional role of the states in administering elections.

Sincerely,

Steve R. Hobbs

Washington Secretary of State

Current Procurements

Employment

Website Accessibility

Privacy Policy

Washington Secretary of State
Legislative Building
PO Box 40220
Olympia, WA 98504-0220
secretaryofstate@sos.wa.gov
Phone Numbers