The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| OneAmerica Votes, et al.,<br>Plaintiffs,<br>v.<br>Donald J. Trump, in his official capacity as President of the United States, et al.,<br>Defendants. | Case No. 2:26-cv-04223-JNW<br><br>DECLARATION OF ABHA KHANNA IN SUPPORT OF MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 2, 2026 |



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

I, Abha Khanna, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a partner at Elias Law Group LLP. I am counsel for Plaintiffs OneAmerica Votes, Latino Community Fund of Washington State, and United Food and Commercial Workers International Union in this action.

3. I submit this declaration in support of Plaintiffs' motion for an ex parte temporary restraining order and preliminary injunction (the "Motion"). Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B) and Local Rule 65(b)(1), I certify that on November 2, 2026, contemporaneous with the filing of the Motion, Plaintiffs provided Defendants with copies of the Motion and supporting materials by electronic mail to provide notice. The contact information of Defendants' counsel is included in the certificate of service appended to the Motion. For the reasons stated in the Motion, the circumstances require ex parte relief. Any delay would result in immediate and irreparable injury to Plaintiffs and their members.

4. Additionally, I submit this declaration to place before the Court the declarations and documents cited in the Motion.

5. Exhibits A through D are independently submitted declarations that stand on their own. Specifically, **Exhibit A** is a true and correct copy of the Declaration of Roxana Norouzi, Executive Director of Plaintiff OneAmerica Votes. **Exhibit B** is a true and correct copy of the Declaration of Lilliane Ballesteros, Executive Director of Plaintiff Latino Community Fund of Washington State. **Exhibit C** is a true and correct copy of the Declaration of Ademola Oyefeso, International Vice President of Plaintiff United Food and Commercial Workers International

Union. Each of these declarations was executed in support of Plaintiffs' Motion and describes (among other things) the declarant's organization, its members and constituents, its voter-engagement work, and the harms Defendants' conduct is causing. **Exhibit D** is a true and correct copy of the Declaration of Stuart Holmes, Director of Elections for the Office of the Washington Secretary of State. The Holmes Declaration attaches official correspondence between the State and the federal government, marked as **Exhibit D-1** through **Exhibit D-6**.

6. Attached as **Exhibit E** is a true and correct copy of Miles Parks, *Trump Says He Wants Republicans to 'Nationalize' Elections*, NPR (Feb. 3, 2026), https://www.npr.org/2026/02/03/nx-s1-5698095/trump-says-he-wants-republicans-to-nationalize-elections.

7. Attached as **Exhibit F** is a true and correct copy of Geoff Harris, *Exclusive: DOJ's Harmeet Dhillon on Election Integrity, Fair System Heading into Midterms*, Fox26News (June 9, 2026), https://kmph.com/news/nation-world/exclusive-dojs-harmeet-dhillon-on-election-integrity-fair-system-heading-into-midterms-voter-rolls.

8. Attached as **Exhibit G** is a true and correct copy of Press Release, U.S. Department of Homeland Security, *DHS Secretary Markwayne Mullin Sends Letters to Secretaries of State Warning About Non-Citizens on Voter Rolls* (July 17, 2026), https://www.dhs.gov/news/2026/07/17/dhs-secretary-markwayne-mullin-sends-letters-secretaries-state-warning-about-non.

9. Attached as **Exhibit H** is a true and correct copy of Doina Chiacu & A.J. Vicens, *DHS Threatens States with Fines, Charges over Election Measures*, Reuters (July 17, 2026), https://www.reuters.com/legal/government/us-dhs-chief-asks-four-states-check-voter-rolls-



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

non-citizens-2026-07-17/.

10. Attached as **Exhibit I** is a true and correct copy of Nick Corasaniti, *From 16,000 to 185 to Zero: Trump's Claims of Illegal Voting in Nevada Fizzle*, N.Y. Times (Sep. 24, 2026), https://www.nytimes.com/2026/09/24/us/politics/nevada-voters-homeland-security-trump.html.

11. Attached as **Exhibit J** is a true and correct copy of Letter from Al Schmidt, Secretary of the Commonwealth, Commonwealth of Pennsylvania, to Markwayne Mullin, Secretary of the U.S. Department of Homeland Security (Aug. 25, 2026).

12. Attached as **Exhibit K** is a true and correct copy of Letter from Alex Padilla, U.S. Senator, and Charles E. Schumer, U.S. Senator and Senate Democratic Leader, to Markwayne Mullin, Secretary of the U.S. Department of Homeland Security, and Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services (Sep. 13, 2026), https://www.padilla.senate.gov/wp-content/uploads/09.13.26-Senate-Whistleblower-Letter-DHS-USCIS_combined_signed.pdf, containing a copy of a Letter from an Anonymous Whistleblower to Alex Padilla, U.S. Senator (Sep. 8, 2026).

13. Attached as **Exhibit L** is a true and correct copy of Letter from R. Trent McCotter, Acting Deputy Attorney General, U.S. Department of Justice, to Shirley N. Weber, Secretary of State of California, and Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk (Oct. 13, 2026).

14. Attached as **Exhibit M** is a true and correct copy of Letter from Shirley N. Weber, Secretary of State of California, to R. Trent McCotter, Acting Deputy Attorney General, U.S. Department of Justice (Oct. 15, 2026).

15. Attached as **Exhibit N** is a true and correct copy of Bill Essayli (@USAttyEssayli), X (Oct. 16, 2026), https://x.com/usattyessayli/status/2111235463428419898.

16. Attached as **Exhibit O** is a true and correct copy of Donald J. Trump (@realDonaldTrump), Truth Social (Oct. 16, 2026), https://truthsocial.com/@realDonaldTrump/posts/117453415283228242.

17. Attached as **Exhibit P** is a true and correct copy of a transcript of the press conference held on October 26, 2026, by Charles Neil Floyd, Acting U.S. Attorney for the Western District of Washington; Simon Peter Serrano, First Assistant U.S. Attorney for the Eastern District of Washington; and April Miller, Acting Special Agent in Charge, Homeland Security Investigations. The transcript was produced via Rev.com using a video of the press conference available at https://www.facebook.com/watch/live/?ref=watch_permalink&v=2272058220305521. "Speaker 2" identified in the transcript is Defendant Charles Neil Floyd, and "Speaker 3" identified in the transcript is Defendant Simon Peter Serrano.

18. Attached as **Exhibit Q** is a true and correct copy of a transcript of The Jason Rantz Show, a "Seattle Red" radio broadcast on October 29, 2026, including an interview with Defendant Simon Peter Serrano, First Assistant U.S. Attorney for the Eastern District of Washington. The transcript was produced by Planet Depos.

19. Attached as **Exhibit R** is a true and correct copy of a transcript of The Jason Rantz Show, a "Seattle Red" radio broadcast on October 26, 2026, including an interview with

Defendant Charles Neil Floyd, Acting U.S. Attorney for the Western District of Washington. The transcript was produced by Planet Depos.

20. Attached as **Exhibit S** is a true and correct copy of an article by Ken Georges Irish-Bramble and Sasha Franchesca Richardson, titled *Nativity and Voter Participation 2010–2024: Exploring the Electoral Participation Gap Between Foreign-Born and Native-Born Citizen in the United States of America*, published in Volume 14, Issue 5 of Social Sciences on October 27, 2025, and available at https://www.sciencepg.com/article/10.11648/j.ss.20251405.18.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 2, 2026

/s/ *Abha Khanna*
Abha Khanna



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177