# Exhibit A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

OneAmerica Votes, et al,

Plaintiffs,

v.

Donald J. Trump, in his official capacity as the President of the United States, et al.,

Defendant.

No. 2:26-cv-4223

DECLARATION OF ROXANA NOROUZI IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Roxana Norouzi, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am Executive Director of OneAmerica Votes. I have served in that position since 2021, and prior to that I served as OneAmerica Votes' Deputy Director between 2017 and 2021 and on OneAmerica Votes' staff between 2012 and 2017. In my current role, I am responsible for overseeing OneAmerica Votes' operations and all its daily activities. I am familiar with the challenges—including those related to voting rights—faced by our members and the immigrant communities we serve.

3. Along with its sister organization OneAmerica, OneAmerica Votes is one of the largest organizing, civic engagement, and advocacy organizations in Washington, with grassroots community members across the state. OneAmerica Votes advances justice and democracy by building power in immigrant and refugee communities at the local, state, and federal level. OneAmerica Votes aims to bring tangible improvement and opportunities to the lives of its members and communities by electing people from their own communities into office, creating a more reflective democracy.

4. OneAmerica Votes has hundreds of members and a broader constituency of over 25,000 individuals spread across Washington. That membership and constituency includes immigrants, refugees, individuals going through the naturalization process, naturalized citizens, children of immigrants, and other allied communities.

5. The communities that OneAmerica Votes serves in Washington include recently naturalized citizens. OneAmerica Votes is dedicated to ensuring that naturalized citizens have access to the franchise on equal terms to other citizens. To accomplish that mission, OneAmerica

Votes has dedicated considerable resources to registering naturalized citizens, encouraging them to vote, and educating them about their rights as voters. This work is especially important for naturalized citizens because many are not aware of their rights.

6. Based on my work and the work of others at OneAmerica Votes, I know that many naturalized citizens are also hesitant to register and vote because of threats made against them and their families by public officials, particularly under the current administration. Many naturalized citizens fear that they may expose themselves or their families to unwarranted scrutiny or retaliation if they exercise their constitutional right to vote. OneAmerica Votes works to dispel such concerns so that naturalized citizens are not deterred from participating in our democracy.

7. OneAmerica Votes is now in the final days of its get-out-the-vote ("GOTV") and voter-education efforts for the November 2026 general election. These programs combine voter education about how to register to vote and cast ballots in Washington with information about issues that impact the communities that OneAmerica Votes serves. This work includes person-to-person outreach as well as messaging campaigns on various platforms, and in these final days before the election, it focuses on helping voters in our communities return their mail ballots and make sure their votes and voices are counted. OneAmerica Votes has planned its staff time, volunteer capacity, and resources for the remainder of the election period around this work. OneAmerica Votes will have engaged with approximately 11,000 voters in Washington during this election cycle.

8. I understand that the Defendants in this lawsuit have demanded that Washington not tabulate ballots from individuals that the federal government identified as possible noncitizens, unless their citizenship can be confirmed. I also understand that the Defendants have threatened consequences like criminal prosecution for failure to follow these instructions.

9. I also understand that when the federal government and state governments have previously tried to create lists of suspected noncitizens on voter rolls, those lists have had extraordinarily high error rates, with many citizens—particularly naturalized citizens, whose records in various government databases may not be up-to-date or accurate—falsely misidentified as noncitizens.

10. If Defendants prevail, voters in the communities that OneAmerica Votes serves in Washington will be at risk of having their ballots set aside or left uncounted. This is of particular concern because these communities include many naturalized citizens, who are the most likely to be wrongly flagged by federal citizenship data, as well as citizens who work as migrant workers who often leave their residences for extended time periods, making them more likely to miss a notice from local election authorities asking them to confirm their eligibility. Voters whose ballots are set aside may not even realize it has happened or be able to prove their citizenship in time for their ballots to be counted. Those voters will be disenfranchised as a result. It is critical to OneAmerica Votes' mission, and its programs serving that mission, that OneAmerica Votes' members' and constituents' right to vote is secure and free from last-minute intimidation and interference by federal agencies.

11. The timing of Defendants' demand only exacerbates the harm. OneAmerica Votes would need to re-tool its civic engagement and GOTV programs in the middle of an election if DOJ is successful in this lawsuit. To mitigate the impact of Defendants' demands, OneAmerica Votes would need to develop programs to help its members and other voters check whether their ballots have been counted, and gather the required documents to prove their citizenship in time for those votes to count if they are set aside. These efforts would require OneAmerica Votes to spend significant time and resources on new programming, including creating materials, retraining

volunteers for an altered landscape, and fielding questions from worried community members, all within a matter of days. This will divert OneAmerica Votes' limited resources from other critical work at the very moment those resources are most needed, but OneAmerica Votes will have no choice because its GOTV and other engagement work will be far less impactful if our members and others in the communities we serve cannot have their votes counted or have to face additional hurdles to do so.

12. Making matters worse, many voters in the communities OneAmerica Votes serves may be deterred from participating in voting at all given Defendants' threats. Some may conclude that voting exposes them to the unnecessary risk of being misidentified as a noncitizen. And some may conclude that, since their lawfully cast ballots may never be counted, voting is not worth it. OneAmerica Votes' core civic engagement efforts specifically include assisting recently naturalized citizens with the voter registration and voting process. We are proud to engage in this important work, but that work will become significantly more difficult if community members believe that their ballots will not be counted, that they could be punished, scrutinized, or investigated, or that they could put their families at risk, simply by registering to vote and casting a ballot.

13. The final days before election day are the most important period of OneAmerica Votes' voter engagement work, and OneAmerica Votes has already planned its staff time, volunteer capacity, and resources for this period around turning out voters and helping them return their ballots. Every hour that OneAmerica Votes' staff and volunteers spend responding to the chaos sowed by Defendants' demands is an hour they cannot spend helping voters in our communities make sure their votes are counted and executing our other election programming. There is no time now for OneAmerica Votes to plan for, absorb, or recover from this disruption;

the lost staff time and volunteer energy is a total loss. And if eligible voters' ballots are unjustly set aside or go uncounted in this election, that harm obviously cannot be undone after election day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/2/2026

Roxana Norouzi

Roxana Norouzi
Executive Director, OneAmerica Votes