# Exhibit B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| OneAmerica Votes, et al.,<br>Plaintiffs,<br>v.<br>Donald J. Trump, in his official capacity as the President of the United States, et al.,<br>Defendants. | No. 2:26-cv-4223<br><br>DECLARATION OF LILLIANE BALLESTEROS IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Lilliane Ballesteros, hereby declare as follows:

1. I am a U.S. citizen, am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am Executive Director of the Latino Community Fund of Washington State ("LCF"). I have served in that position since 2019, and prior to that I served as LCF's Director of Development and Capacity Building between 2015 and 2019. I am responsible for overseeing LCF's strategy and operations.

3. LCF is a Washington-based, non-profit civic engagement organization with a mission of building power within the Latino, immigrant, and allied communities, including through increased civic participation. To achieve its mission, LCF hosts leadership programs that help participants develop leadership skills to effectively advocate for issues affecting the Latino community in Washington; participates in issue-based coalitions; and educates and collaborates with other nonprofit organizations to inform the community about important voting issues and to run get-out-the-vote and voter registration campaigns.

4. LCF encourages nonpartisan voter registration and voter participation and has challenged voter suppression in Washington state. LCF joined other civic organizations in challenging the addition of a citizenship question to the 2020 Census, *see La Unión del Pueblo Entero v. Ross*, 353 F. Supp. 3d 381 (D. Md. 2018), and LCF participated in a challenge to Washington's signature matching regime under which thousands of Latino voters had their ballots erroneously rejected. *See* Compl., *Reyes v. Chilton*, 4:21-cv-05075 (E.D. Wash. May 7, 2021), ECF No. 1. LCF knows firsthand how the erroneous rejection of ballots can undermine its members' confidence in the electoral system.



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

5. LCF is headquartered in Seattle, Washington. LCF has over 1,000 members and serves U.S. citizens, including naturalized citizens, and noncitizens alike. LCF serves individuals who live in neighborhoods, cities, counties, and voting districts with relatively larger Latino and noncitizen populations when compared to Washington and the United States as a whole.

6. LCF's operations in Washington include voter registration, voter education, and voter mobilization programs, particularly among the Latino, immigrant, and allied communities.

7. As noted, the communities LCF serves in Washington include recently naturalized citizens. LCF is dedicated to ensuring that naturalized citizens have access to the franchise on the same terms as all other citizens. To accomplish that, LCF has dedicated substantial resources to registering naturalized citizens, encouraging them to vote, and educating them about their rights as voters. LCF members and volunteers staff phone banks, call voters, host community outreach events, and answer community members' questions about voting. This work is particularly important for naturalized citizens because many are not aware of their rights; in fact, rates of voter registration and voter participation are historically lower for naturalized citizens than other groups.

8. I know from my work and the work of others at LCF that many naturalized citizens are also hesitant to register and vote because of threats made against them and their families by public officials, particularly under the current administration. Many fear that they may expose themselves to invasive government scrutiny or retaliation if they exercise their constitutional right to vote. LCF works to dispel such concerns so that naturalized citizens are not deterred from participating in our democracy.

9. The midterm elections in Washington are already underway, as is LCF's work in Washington relating to those elections. LCF has already dedicated significant resources to encouraging voters in the communities it serves to register to vote and to vote by mail. And LCF

will continue to do so in the days leading up to the election, which will conclude in less than a week. LCF canvasses have already reached thousands of voters, and between now and election day, LCF will have contacted more than fifteen-thousand voters in Yakima, Snohomish, Franklin, Pierce, and King Counties. On an annual basis, LCF's voter outreach helps between eight- and twenty-thousand Washingtonians.

10. I understand that the Defendants in this action have demanded that Washington not tabulate vote-by-mail ballots from individuals that the federal government identified as possible noncitizens, unless their citizenship can be confirmed. I also understand that Defendants have threatened Washington election officials with criminal prosecution and other consequences if they do not comply with these demands.

11. I also understand that when the federal government and state governments have previously tried to create lists of suspected noncitizens on voter rolls, the error rates have been extraordinarily high, with many *citizens*—particularly naturalized citizens, whose records in various government databases may not be up-to-date or accurate—falsely misidentified as noncitizens.

12. Washington municipalities have already mailed ballots to registered voters, and voting is underway. Because of Defendants' actions, voters in the communities LCF serves in Washington will be at risk of having their ballots—including some that are already cast—set aside or left uncounted. This is of particular concern because these communities include many naturalized citizens, who are the most likely to be wrongly flagged by federal databases. Further, voters whose ballots are set aside may not even realize it has happened or be able to prove their citizenship in time for their ballots to be counted. The result will be disenfranchisement. It is critical to LCF's mission, and the programming serving that mission, that the right to vote is secure



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

and free from interference by federal agencies—including these last-minute, wrongful efforts by federal actors.

13. If Defendants are successful and Washington sets aside or refuses to tabulate ballots cast by registered voters, it would not only undermine and undo much of the work LCF has already done, it would also severely impair LCF's work going forward in the final days before election day. Voters that LCF encouraged to vote may well be included erroneously on Defendants' lists; if their ballots are not counted because of Defendants' extraordinary demand, LCF's work encouraging them to vote will be directly undone. Further, LCF would be forced to retool its programing to attempt to identify impacted voters and assist them in proving their citizenship, which for many voters is difficult. That would be time-consuming and resource-intensive, detracting from LCF's other mission-critical voter engagement work at a particularly crucial time.

14. Indeed, many voters in the communities LCF serves may be deterred from voting at all given Defendants' threats. Some may conclude that voting exposes them to the unnecessary risk of being misidentified as a noncitizen. Some may fear that voting exposes unwarranted federal scrutiny of their family members. And some may conclude that, since their lawfully cast ballots may never be counted, voting is not worth it. This would also directly undermine LCF's prior work and impair its work going forward for the 2026 election and beyond.

15. The timing of Defendants' demands further exacerbates these injuries to LCF. The final days before election day are the most important period of LCF's voter engagement work, and LCF has already planned its staff time, volunteer capacity, and resources for this period around turning out voters and helping them return their ballots. Every hour that LCF's staff and volunteers spend responding to the chaos sowed by Defendants' demands is an hour they cannot spend helping voters in our communities make sure their votes are counted and executing LCF's other

election programming. There is no time now for LCF to plan for, absorb, or recover from this disruption; the lost staff time and volunteer energy is a total loss. And if eligible voters' ballots are unjustly set aside or go uncounted in this election, that harm obviously cannot be undone after election day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/2/2026

Lilliane Ballesteros

Lilliane Ballesteros
Executive Director, Latino Community Fund of Washington State