# Exhibit C

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

OneAmerica Votes, et al,

Plaintiffs,

v.

Donald J. Trump, in his official capacity as the President of the United States, et al.,

Defendant.

No. 2:26-cv-4223

DECLARATION OF ADEMOLA OYEFESO IN SUPPORT OF PLAINTIFFS' MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Ademola Oyefeso, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the International Vice President and Director of the Legislative and Political Action Department of the United Food and Commercial Workers International Union ("UFCW"), and I have served in that role since January 2017. In this role, I advance UFCW's legislative and political priorities. I am familiar with the challenges—including those related to voting rights—faced by our members.

3. UFCW is a labor union made up of 1.2 million men and women throughout the United States and Canada, including grocery workers, meatpackers, food processing and beverage production workers, retail workers, healthcare workers, chemical workers, distillery, wine and allied workers, pharmacy workers and booksellers. UFCW has more than 60,000 members in and across Washington State. UFCW membership also includes many naturalized U.S. citizens.

4. UFCW's core belief is that hard work should be rewarded with a better life, and that no one should have to struggle alone. UFCW accomplishes this mission by, among other things, winning strong contracts for its members, representing individual members in talks with management, providing safe and confidential support for workers, supporting legislation that protects workers' interests, and organizing together to tackle national and global issues. In addition, UFCW works to encourage and help its members participate in the political process by voting. For this reason, voter-registration, voter-education, voter-assistance, and get-out-the-vote ("GOTV") programs are all critical components of achieving our mission.



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

5. UFCW has organized and is now in the final weeks of its GOTV and voter-education efforts for the November 2026 general election. These programs combine voter education about how to register to vote and cast ballots in Washington with information about issues that impact UFCW members. This work includes person-to-person canvassing as well as messaging campaigns on various platforms, and in these final weeks it focuses on helping members as well as voters in our communities return their mail ballots and make sure their votes are counted. UFCW has allocated time, volunteer capacity, and resources for the remainder of the election around this work.

6. I understand that the Defendants in this lawsuit have demanded that Washington set aside and refuse to count ballots cast by more than 400 registered voters whom the federal government has identified as "likely noncitizens." I also understand that Defendants indicated that they may provide additional such lists and has threatened Washington election officials with consequences like criminal prosecution for failure to comply with these demands.

7. Washington counties began mailing ballots to registered voters weeks ago. Voting is already underway, including by UFCW's members. Because of Defendants' actions, UFCW members are at risk of having their ballots withheld, set aside, or left uncounted. This is of particular concern because our membership includes many naturalized U.S. citizens, who are the most likely to be wrongly flagged by federal citizenship data (as I discuss more below), as well as migrant workers who often leave their residences for extended time periods, making them more likely to miss a notice from local election authorities asking them to confirm their eligibility. Voters whose ballots are set aside may not even realize it has happened or be able to prove their citizenship in time for their ballots to be counted and therefore may be disenfranchised. It is critical to UFCW's mission, and the programming serving that mission,

that UFCW's members' and other voters' right to vote is secure and free from last-minute meddling by federal actors.

8. UFCW would need to re-tool its civic engagement and GOTV programs in the middle of an election if Defendants are successful. To mitigate the impact of Defendants' demands, UFCW would need to develop programs to help its members and other voters check whether their ballots have been received and counted, and gather the required documents to prove their citizenship in time for their votes to count if they are set aside. These efforts would require UFCW to spend significant time and resources on new programming, including creating materials, re-training volunteers for an altered landscape, and fielding questions from worried community members, *all within a matter of days*. This will divert UFCW's limited resources from other mission-critical work at the very moment those resources are most needed, but it is a necessary response as UFCW's GOTV and other engagement work would be less impactful if our members and others in the communities we serve cannot have their votes counted, or have to face additional hurdles to do so.

9. The timing of Defendants' demands makes these injuries to UFCW all the worse. The final days before Election Day are the most important period of UFCW's GOTV work, and (as noted) UFCW has already planned for its staff, membership, volunteer capacity, and resources for this period around turning out voters and helping them return their ballots.

10. I am also extremely concerned that Defendants are attempting to accomplish what they could not accomplish through prior litigation. In 2025, DOJ attempted to force Washington to turn over its unredacted voter registration list, which included personal information of UFCW members. The court dismissed DOJ's efforts to obtain Washington's

voter list in that lawsuit,[1] but its actions in this case could again threaten the votes of UFCW members in Washington.

11. I understand that the list of individuals that Defendants provided to Washington on October 26 was likely generated by matching voter information against unreliable federal databases, putting UFCW members, which include many naturalized citizens, at risk of being inaccurately flagged as ineligible voters. UFCW is aware that courts have found that the federal citizenship data is often out-of-date and unreliable in determining an individual's citizenship status for purposes of voter registration. Naturalized citizens, for example, have provided evidence to courts that their registrations have been revoked and questioned due to inaccurate Social Security Administration records.

12. Given this reality, I am unfortunately confident that Defendants' demands will intimidate and deter some of our members from engaging in the political process for fear of the federal government improperly scrutinizing them. UFCW's core civic engagement efforts specifically include assisting members, including recently naturalized citizens, with the voter registration and voting process. We are proud to engage in this important work, but that work becomes significantly more difficult if our members believe their ballots will not be counted, or that they could be punished, scrutinized, or investigated, or that they could put their families at risk, simply by registering to vote and casting a ballot.

---

[1] *See Order Granting Mot. to Dismiss, United States v. Hobbs*, No. C25-6078-KKE (W.D. Wash. 2026) (Sep. 22, 2026).

13. If Defendants are successful in forcing the State to withhold, set aside, or refuse to count ballots on the eve of the election, UFCW will be forced to expend its limited resources to ensure voters' ballots are counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/2/2026

Ademola Oyefeso

Ademola Oyefeso
International Vice President, United Food and Commercial Workers International Union