# Exhibit Q

Planet Depos

# Transcript of US Attorney: Washington Isn't Taking Voter Fraud Seriously

**Date:** October 29, 2026
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** clientservices@planetdepos.com
**planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

TRANSCRIPT OF VIDEO-RECORDED

TALKRADIO SEGMENT

US ATTORNEY - WA NOT TAKING VOTER FRAUD SERIOUSLY

HTTPS://SEATTLERED.COM/WATCH/US-ATTORNEY-WASHINGTON-ISNT-TAKING-VOTER-FRAUD-SERIOUSLY/01A188AA-FE30-8008-E74F-CAB0A632BD14

Job No.: 658198

Pages: 1 - 16

Transcribed by: Christian Naaden

P R O C E E D I N G S

MR. RANTZ: Welcome back to the Jason Rantz Show. Secretary of State Steve Hobbs got a list on Monday from federal prosecutors naming 405 people they say are non-citizens who cast about 1,500 ballots here across the state. Many of them are green card holders who signed up through Motor Voter.

The Feds gave them until noon on Wednesday to set those ballots aside and Hobbs refused. He says his review turned up U.S. citizens on the list, plus people who aren't even registered and he accused prosecutors of acting in bad faith. Pete Serrano is first assistant U.S. attorney for Eastern Washington, he signed onto the letter. Pete, welcome back to the show.

MR. SERRANO: Hey Jason, thanks for having me again.

MR. RANTZ: So what do you make of the response from Sena- -- or Senator -- from Secretary of State Hobbs?

MR. SERRANO: Look, I don't make anything of it, it's what I expected to see from Secretary Hobbs. You know, he's going to quote the -- the three words

that he and -- and everyone else in Olympia use, free and fair elections, which, you know, we have grave concerns that they're neither free and -- and -- unless you're talking about in the sense that it's a free for all for anybody and we don't believe them to be fair.

We did in fact identify and I think Neil Floyd captured this very well -- we identified 405 individuals who are known to be non-U.S. citizens, full stop. Those individuals have voted historically. As Hobbs said in his first commentary, people on that list have voted since -- some since the 1990s.

It's funny, because you see on social media a lot of people are saying well, how many voted in 2004 when Dino Rossi lost the governor seat. How many are voting in small communities when it's 10 ballots? I recall, I believe, down in the 17th Legislative District Brad Benton lost the Senate seat, I think, in 2024 by like 18 votes, just 30 votes.

You had the public lands commissioner vote in the primary between the current public lands commissioner, I believe, and Jaime Herrera Beutler that was separated by like 49 or 47 votes.

MR. RANTZ: We just --

MR. SERRANO: So every vote --

MR. RANTZ: -- we just had a primary up in Bellingham where in that case it was a Democrat who lost by four.

MR. SERRANO: Yeah. So every vote counts. To have true elections with real integrity with real data, real information, that's what we're asking the secretary to do. Now, I expected him to, you know, lament of the fact that we had sent these, I wasn't surprised at all that he lamented to the fact of the timing of this.

Let me be clear, the timing of this was because we are doing the homework for the state. We have sought, as you know, Assistant Attorney General Harmeet Dhillon over a year ago sought the voter rolls and that's been me- -- met with litigation, obstruction, it's been met and fraught with absolute, you know, a fight to get that -- that roll -- those rolls and not surprisingly, it's being held up in the courts.

And so had they complied with that request a

year ago instead of -- let me be clear, instead of Steve Hobbs passing an emergency WAC of Washington annotated code and administrative regulation that said if county auditors work with third parties, i.e., the federal government, that's potentially a Class C felony up to $10,000 and a year in jail --

Had he not passed that WAC and then sponsored legislation in the 2026 Legislative Session to make that codified into an actual law, which it was and passed, again, at Bob Ferguson's signature with emergency clause, meaning A, it's not subject -- subject to challenge and B, it happens immediately, so in March of 2026, that law went into regulation, we could easily work with our county auditors.

We could easily work with the secretary of state who wants to provide the information. Again, instead we're being met with this obtuseness, this decid- -- desire to battle and dig heels in and then he tells us, oh, you know, once you provide proof. Buddy, we gave you 405 people, they had their names, first and last, they had dates of birth, counties of -- of residence and additional information.

So let me make two points on that, there was adequate information that Hobbs -- or he could've sent to each county auditor saying hey, this individual with this birthdate is a known non-citizen, please segregate their ballot. We're not asking them to not count the ballot, we just want to know if those 405 people do in fact vote, because I can't tell you that, you can't tell me that, Jason --

MR. RANTZ: Mm-hmm.

MR. SERRANO: -- and it's not our job to tell us that. It's either the county auditors or the secretary of the state to identify those individuals and segregate the ballots. Now, if those individuals have become citizens in the subsequent passing years, which again, that list of 405, they have not, they're lawful permanent residents, green card holders, other, we're not saying these people are illegally present, we're saying they're present but they cannot legally vote.

And again, it would either be one of the 39 county auditors or Secretary Hobbs' job to segregate those ballots to ensure that there's actual integrity

and fairness in these elections and we're being met with him just ultimately saying no way.

So now we're in a position where we have to do one of two things, we can let it go by the wayside, which we do not -- do not intend to or we can start working with county auditors, which now places the county auditors in a position do I potentially violate this law because Steve Hobbs will not do his job.

MR. RANTZ: Yeah. But what are you going to do then? What are the next steps?

[break]

MR. RANTZ: Let's do a quick timeout from the video. Tired of the news telling you how to think, so am I. Head to seattlered.com, real news, straight opinion and zero left-wing spin. Get the stories Seattle media will not touch, plus you get the podcast and full video feed all in one place. That's seattlered.com and do me a favor, hit that subscribe button while you're here. Now, back to the video.

MR. SERRANO: Right now we're going to go back, we're going to look at the -- the -- the rolls and, you know, I'm -- I don't want to let it out too far, I'm concerned with putting my auditors who are willing to work with us in peril, because --

MR. RANTZ: Mm-hmm.

MR. SERRANO: -- as you can imagine, if we start asking them to do it and they start complying, now we're going to ask them to put themselves in a pickle, do we comply with the federal subpoena or do we comply with state law. And as you can imagine, the DOJ demanding information from them, that's got its own subject to federal penalties; right?

So right now we've been talking about it, unfortunately, I just barely got back from a trip back east. So my team and I and Neil's team and I, we're all going to really convene the heads and make sure we've got something to move forward over the next handful of days. I -- I think we're going to continually demand that these are segregated.

We want to make sure these ballots aren't counted and if ultimately we have to send 39 letters --

letters to 39 auditors over the next couple days we can do that. The interesting thing, as you know, unfortunately, the U.S. Supreme Court determined earlier this year that election day means you can count for however many days your state allows --

MR. RANTZ: Mm-hmm.

MR. SERRANO: -- and I believe 21 days is what Washington allows for counting ballots.

So in theory, even though these ballots could be counted and tabulated, they could still be segregated and then ultimately reviewed on the backend between now and November 23, which would give these county auditors, notwithstanding the "eve of election" and the amount of immense work these people are doing, which they are doing great work, at least in the county auditors, and, you know, there's an opportunity to cure this process.

You know, ultimately, our goal here was to tell the state of Washington we've identified problems and if we've got to take legal action to cure them, we will do that. If we want to cure the issue, we may just have to cut the state out.

MR. RANTZ: Why not release the names publicly?

MR. SERRANO: I mean, look, I -- I'm not trying to out anyone and make it some sort of perilous situation for them. I think there's a lot of, you know, tension when it comes to immigration issues and this, to be clear, is not an immigration issue, but I think a lot of people would see it colored through that lens.

So what I don't want to do is put, you know, an individual who, whether it's from, you know, a South or Central American Country or somewhere overseas or Canada, I don't want to put that individual feeling like they're at risk, feeling like they're being hunted, you know, I don't want some person who's maybe a little, let's say, exuberant or excited in -- in resolving some of these issues to do something wild or, you know, ob- -- obstructionist on their own.

Ultimately, I want to, just like Secretary Hobbs claims, protect the identity of these individuals. I -- I sincerely want that, whether he does or not, he can opine on that. I want to protect these individuals, because again, they're here lawfully

--

MR. RANTZ: Mm-hmm.

MR. SERRANO: -- some -- some are here lawfully. Again, that's why they're identified with alien numbers, identified with lawful permanent resident status, I just don't want them voting and equally importantly, as Neil said on Monday, you know, we have some of these people who are saying, well, I never registered to vote. So the problem's not the individual, the problem's the --

MR. RANTZ: Exactly.

MR. SERRANO: -- the department of licensing. So that's --

MR. RANTZ: That -- that piece is -- that piece is really important and I was just going to bring that up, when I spoke with Neil Floyd a couple days ago, he indicated, number one, his team or your team, someone within the -- the DOJ, I guess, spoke with some of the people who were registered and they acknowledged, I never registered, at least on my own, I didn't know that this had happened and I had not voted.

Or, you're also making a point that maybe some

did not knowing what they did was illegal, because they were added to the -- the voter rolls or there were some -- I mean, the -- the indication was that these people didn't actually break a law -- at least knowingly break a law, which is presumably why you're not putting all the information out there publicly, but you've provided that to Secretary Hobbs.

MR. SERRANO: A hundred percent. And -- and so to that point, I mean, our job is to prosecute crime, it's not to -- you know, to -- to violate 18 U.S.C. 611, the United States Code, that addresses illegal voting. The only way to do that is to knowingly vote illegally and to your point, some of these people, you know, they don't really speak English, they certainly don't read English.

And so, you know, just like you or I, if we're in a country, we may not understand its language fully and we get a piece of mail that says go ahead and fill this out and it's like well, okay, someone sent this to me, it's official.

You know, funny thing is Secretary Hobbs wants us to identify ballot numbers, it's like, okay, so

obviously, you, Hobbs, are tracking these ballots, you have a way to aggregate them, you have a way to segregate them and, you know, you have the ability to send them to people and not send them and you're asking us, we, the DOJ, to find these people.

And so, again, when an official piece of mail comes to your home and you may not fully understand it, you may presume that you have the right to vote and you may presume that you're doing the right thing for the country. Again, you know, I'm not trying to lay blame --

And again, back to your question of why not make this publicly available of these names and -- and locations, I'm not trying to lay blame at the feet of the voter, I lay full blame at Steve Hobbs' feet and these people and his recalcitrance to work with us notwithstanding --

MR. RANTZ: Mm-hmm.

MR. SERRANO: -- his claim that he wants to is entirely --

MR. RANTZ: He obviously doesn't --

MR. SERRANO: -- infuriating.

MR. RANTZ: Yeah. He obviously doesn't want to work with you.

MR. SERRANO: Yeah.

MR. RANTZ: My -- my last question, just I want to read from at least a part of his statement. He said, despite the deficiencies in the information you provided, my office was able to conduct a preliminary analysis. That analysis reflects a significant number of people on your list who are not currently registered to vote or are on ac- -- inactive status contradicting your representations.

So one, what's your general response to that and how confident are you that the info. you have is up to date as of today? Because as you pointed out and -- and Neil pointed out, you were looking over decades. It's not necessarily someone right this moment who is voting, but can you clarify what is actually on the list and what's your response to his criticism?

MR. SERRANO: So yeah, a couple of points there. One, I'm confident that that is accurate. So some of the people, like I mentioned, have a lawful permanent status and some of them may have subsequently

become naturalized and they may have voted, you know, a decade ago, they may have voted in 2024 and not had lawf- -- had lawful but non-citizen status, correct, and maybe in 2025 or 2026 they subsequently naturalized.

That may be the case. The point is the people we put, 405 people since 1996 or 1992, did not have citizen status and voted, period. And so whether he wants to squabble over whether these people are currently citizens and currently voting, we wanted to say hey buddy, here's a softball, take a look, step up into the batter's box and hit it out of the park and save free and fair elections, as you so call them.

Show the people of Washington that you got the softball and it came right at you and you hit it out. He could've e- -- equally the same way that we ran the data said hey look, we have identified that there are in fact -- rather than telling us we think there are problems with this, we could've -- he could've easily said we've confirmed that 399 do not currently have full residence status -- you know, full citizen status.

Instead he digs his heels in and says, oh

well, some people are subsequently becoming citizens. Okay, great, don't worry --

MR. RANTZ: You haven't [Inaudible].

MR. SERRANO: -- about their ballots, not now, but what about when they voted in, again, the primary, like you mentioned, in -- in Bellingham and -- and it cost that person the four-vote race or Brad Benton's or Dino Rossi's; right? I mean, we have had historically very tight races in this state and the fact that they may have been skewed by non-citizens who are voting and that continues to persist, that's a problem --

MR. RANTZ: Yeah.

MR. SERRANO: -- that he should be identifying, instead we'll the do the homework for him and -- and he rejects it.

MR. RANTZ: Well, that did not come as a surprise. I know he's --

MR. SERRANO: No.

MR. RANTZ: -- going to have a lot more to say today and we'll -- we'll air it throughout the show and of course, tomorrow and up until Tuesday. We've been talking with Pete Serrano, the first assistant U.S.

attorney for Eastern Washington. Thank you so much for stopping by, I really appreciate it.

MR. SERRANO: Thanks, Jason. Appreciate it.

MR. RANTZ: Of course. This is the Jason Rantz Show.

CERTIFICATE OF TRANSCRIBER

I, Chris Naaden, a transcriber, hereby declare under penalty of perjury that to the best of my ability from the audio recordings and supporting information; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome, the above 17 pages contain a full, true and correct transcription of the video-recording that I received regarding the event listed on the caption on page 1.

I further declare that I have no interest in the event of the action.

November 2, 2026
Chris Naaden

(658198 US Attorney WA Not Taking Voter Fraud Seriously)

**A**
**aaa-fe--ef-cab0a-bd**
1:12
**ability**
13:3, 18:3
**able**
14:7
**about**
2:5, 3:4, 8:14, 16:4, 16:5
**above**
18:8
**absolute**
4:18
**ac**
14:10
**accurate**
14:20
**accused**
2:11
**acknowledged**
11:20
**across**
2:6
**acting**
2:12
**action**
9:20, 18:13
**actual**
5:9, 6:22
**actually**
12:4, 14:17
**added**
12:2
**additional**
5:22
**addresses**
12:11
**adequate**
6:2
**administrative**
5:3
**again**
2:16, 5:10, 5:16, 6:15, 6:20, 10:22, 11:4, 13:6, 13:10, 13:12, 16:5
**aggregate**
13:2
**ago**
4:16, 5:1, 11:17, 15:2
**ahead**
12:18
**air**
16:20
**alien**
11:5
**all**
3:5, 4:11, 7:19, 8:16, 12:5
**allows**
9:5, 9:8
**also**
11:22
**american**
10:11
**amount**
9:14
**analysis**
14:8
**annotated**
5:3
**any**
18:6
**anybody**
3:5
**anyone**
10:4
**anything**
2:20
**appreciate**
17:2, 17:3
**aren't**
2:11, 8:21
**aside**
2:9
**asking**
4:8, 6:5, 8:8, 13:4
**assistant**
2:12, 4:15, 16:22
**attorney**
1:8, 2:13, 4:15, 17:1, 18:20
**audio**
18:4
**auditor**
6:3
**auditors**
5:4, 5:14, 6:11, 6:21, 7:6, 7:7, 8:4, 9:1, 9:13, 9:16
**available**
13:13
**B**
**back**
2:2, 2:14, 7:21, 8:2, 8:15, 13:12
**backend**
9:11
**bad**
2:12
**ballot**
6:5, 6:6, 12:22
**ballots**
2:5, 2:9, 3:15, 6:13, 6:22, 8:21, 9:8, 9:9, 13:1, 16:4
**barely**
8:15
**batter's**
15:12
**battle**
5:18
**because**
3:12, 4:14, 6:7, 7:8, 8:5, 10:22, 12:1, 14:14
**become**
6:14, 15:1
**becoming**
16:1
**been**
4:17, 4:18, 8:14, 16:10, 16:21
**being**
4:20, 5:17, 7:1, 10:13
**believe**
3:5, 3:16, 3:21, 9:7
**bellingham**
4:4, 16:6
**benton**
3:17
**benton's**
16:7
**best**
18:3
**between**
3:20, 9:12
**beutler**
3:21
**birth**
5:21
**birthdate**
6:4
**blame**
13:10, 13:14, 13:15
**bob**
5:10
**box**
15:12
**brad**
3:17, 16:7
**break**
7:12, 12:4
**bring**
11:15
**buddy**
5:19, 15:11
**button**
7:21
**C**
**call**
15:13
**came**
15:15

**can't**
6:7
**canada**
10:12
**cannot**
6:18
**caption**
18:10
**captured**
3:7
**card**
2:6, 6:16
**case**
4:4, 15:6, 18:6
**cast**
2:5
**central**
10:11
**certainly**
12:14
**certificate**
18:1
**challenge**
5:12
**chris**
18:2, 18:18
**christian**
1:22
**citizen**
15:8, 15:21
**citizens**
2:10, 3:8, 6:14, 15:10, 16:1
**claim**
13:19
**claims**
10:19
**clarify**
14:17
**class**
5:5
**clause**
5:11
**clear**
4:13, 5:1, 10:7
**code**
5:3, 12:11
**codified**
5:9
**colored**
10:8
**com**
1:10, 7:16, 7:20
**come**
16:16
**comes**
10:6, 13:7
**commentary**
3:10
**commissioner**
3:19, 3:21
**communities**
3:15
**complied**
4:22
**comply**
8:10, 8:11
**complying**
8:8
**concerned**
8:4
**concerns**
3:3
**conduct**
14:7
**confident**
14:13, 14:20
**confirmed**
15:20
**contain**
18:8
**continually**
8:19
**continues**
16:11
**contradicting**
14:10
**convene**
8:17
**correct**
15:3, 18:8
**cost**
16:7
**could**
5:14, 5:15, 9:9, 9:10
**could've**
6:2, 15:16, 15:19
**counsel**
18:5
**count**
6:5, 9:4
**counted**
8:22, 9:10
**counties**
5:21
**counting**
9:8
**country**
10:11, 12:17, 13:10
**counts**
4:6
**county**
5:4, 5:14, 6:3, 6:11, 6:21, 7:6, 7:7, 9:13, 9:15
**couple**
9:1, 11:16, 14:19
**course**
16:21, 17:4
**court**
9:3
**courts**
4:21
**crime**
12:9
**criticism**
14:18
**cure**
9:16, 9:20, 9:21
**current**
3:20
**currently**
14:9, 15:10, 15:20
**cut**
9:22

**D**

**data**
4:7, 15:17
**date**
14:14
**dates**
5:21
**day**
9:4
**days**
8:19, 9:1, 9:5, 9:7, 11:16
**decade**
15:2
**decades**
14:15
**decid**
5:18
**declare**
18:2, 18:12
**deficiencies**
14:6
**demand**
8:19
**demanding**
8:12
**democrat**
4:4
**department**
11:12
**desire**
5:18
**despite**
14:6
**determined**
9:3
**dhillon**
4:16
**dig**
5:18
**digs**
15:22
**dino**
3:14, 16:8
**district**
3:17
**doing**
4:14, 9:14, 9:15, 13:9
**doj**
8:11, 11:18,

13:5
**down**
3:16

**E**

**e**
15:16
**each**
6:3
**earlier**
9:4
**easily**
5:14, 5:15, 15:19
**east**
8:16
**eastern**
2:13, 17:1
**either**
6:11, 6:20
**election**
9:4, 9:13
**elections**
3:2, 4:7, 7:1, 15:13
**else**
3:1
**emergency**
5:2, 5:11
**employed**
18:6
**english**
12:14, 12:15
**ensure**
6:22
**entirely**
13:20
**equally**
11:7, 15:16
**eve**
9:13
**even**
2:11, 9:9
**event**
18:10, 18:13
**every**
4:2, 4:6
**everyone**
3:1
**exactly**
11:11
**excited**
10:15
**expected**
2:21, 4:9
**exuberant**
10:15

**F**

**fact**
3:6, 4:10, 4:11, 6:7, 15:18, 16:9
**fair**
3:2, 3:5, 15:13
**fairness**
7:1
**faith**
2:12
**far**
8:4
**favor**
7:20
**federal**
2:4, 5:5, 8:10, 8:13
**feds**
2:8
**feed**
7:19
**feeling**
10:12, 10:13
**feet**
13:14, 13:15
**felony**
5:5
**ferguson's**
5:10
**fight**
4:19
**fill**
12:18
**financial**
18:7
**find**
13:5
**first**
2:12, 3:10,
5:20, 16:22
**floyd**
3:6, 11:16
**forward**
8:18
**four**
4:5
**four-vote**
16:7
**fraud**
1:8, 18:20
**fraught**
4:18
**free**
3:1, 3:3, 3:4, 15:13
**full**
3:8, 7:19, 13:15, 15:21, 18:8
**fully**
12:17, 13:7
**funny**
3:12, 12:21
**further**
18:12

**G**

**gave**
2:8, 5:20
**general**
4:15, 14:12
**give**
9:12
**go**
7:4, 8:1, 12:18
**goal**
9:18
**going**
2:22, 7:9, 8:1, 8:2, 8:9, 8:17, 8:19, 11:15, 16:19
**government**
5:5
**governor**
3:14
**grave**
3:2
**great**
9:15, 16:2
**green**
2:6, 6:16
**guess**
11:18

**H**

**handful**
8:18
**happened**
11:21
**happens**
5:12
**harmeet**
4:16
**head**
7:16
**heads**
8:17
**heels**
5:18, 15:22
**held**
4:20
**here**
2:5, 7:21, 9:18, 10:22, 11:3
**here's**
15:11
**hereby**
18:2
**herrera**
3:21
**hey**
2:15, 6:3, 15:11, 15:17
**historically**
3:9, 16:8
**hit**
7:20, 15:12, 15:15
**hobbs**
2:3, 2:9, 2:19, 2:21, 3:10, 5:2, 6:2, 6:21, 7:8, 10:19, 12:7, 12:21, 13:1,

13:15
**holders**
2:6, 6:16
**home**
13:7
**homework**
4:14, 16:14
**however**
9:5
**https**
1:10
**hundred**
12:8
**hunted**
10:14

**I**

**identified**
3:7, 9:19, 11:4, 11:5, 15:17
**identify**
3:6, 6:12, 12:22
**identifying**
16:14
**identity**
10:19
**illegal**
12:1, 12:11
**illegally**
6:17, 12:13
**imagine**
8:7, 8:11
**immediately**
5:12
**immense**
9:14
**immigration**
10:6, 10:7
**important**
11:15
**importantly**
11:7
**inactive**
14:10
**indicated**
11:17
**indication**
12:3
**individual**
6:3, 10:10, 10:12, 11:10
**individuals**
3:8, 3:9, 6:12, 6:13, 10:20, 10:22
**info**
14:13
**information**
4:8, 5:16, 5:22, 6:2, 8:12, 12:6, 14:6, 18:4
**infuriating**
13:22
**instead**
5:1, 5:17, 15:22, 16:14
**integrity**
4:7, 6:22
**intend**
7:5
**interest**
18:7, 18:12
**interesting**
9:2
**isnt-taking-vote-r-fraud-seri**
1:11
**issue**
9:21, 10:7
**issues**
10:6, 10:16

**J**

**jail**
5:6
**jaime**
3:21
**jason**
2:2, 2:15, 6:8, 17:3, 17:4
**job**
1:20, 6:10, 6:21, 7:8, 12:9

**K**

**know**
2:22, 3:2, 4:9, 4:15, 4:19, 5:19, 6:6, 8:3, 9:2, 9:16, 9:18, 10:5, 10:9, 10:10, 10:14, 10:17, 11:7, 11:21, 12:10, 12:14, 12:16, 12:21, 13:3, 13:10, 15:1, 15:21, 16:17
**knowing**
12:1
**knowingly**
12:4, 12:12
**known**
3:8, 6:4

**L**

**lament**
4:10
**lamented**
4:11
**lands**
3:19, 3:20
**language**
12:17
**last**
5:21, 14:4
**law**
5:9, 5:13, 7:8, 8:11, 12:4, 12:5
**lawf**
15:3
**lawful**
6:16, 11:5, 14:21, 15:3
**lawfully**
10:22, 11:4
**lay**
13:10, 13:14, 13:15
**least**
9:15, 11:20, 12:4, 14:5
**left-wing**
7:17
**legal**
9:20
**legally**
6:18
**legislation**
5:8
**legislative**
3:16, 5:8
**lens**
10:8
**let's**
7:14, 10:15
**letter**
2:14
**letters**
8:22, 9:1
**licensing**
11:12
**list**
2:3, 2:10, 3:10, 6:15, 14:9, 14:18
**listed**
18:10
**litigation**
4:17
**little**
10:15
**locations**
13:14
**look**
2:20, 8:2, 10:3, 15:11, 15:17
**looking**
14:15
**lost**
3:14, 3:17, 4:5
**lot**
3:13, 10:5, 10:8, 16:19

**M**

**mail**
12:18, 13:6
**make**
2:17, 2:20, 5:8, 6:1, 8:17, 8:21, 10:4, 13:13

**making**
11:22
**many**
2:6, 3:13, 3:14, 9:5
**march**
5:13
**maybe**
10:14, 11:22, 15:4
**mean**
10:3, 12:3, 12:9, 16:8
**meaning**
5:11
**means**
9:4
**media**
3:12, 7:18
**mentioned**
14:21, 16:6
**met**
4:17, 4:18, 5:17, 7:1
**mm-hmm**
6:9, 8:6, 9:6, 11:2, 13:18
**moment**
14:16
**monday**
2:4, 11:7
**more**
16:19
**motor**
2:7
**move**
8:18
**much**
17:1

**N**

**naaden**
1:22, 18:2, 18:18
**names**
5:20, 10:1, 13:13
**naming**
2:4
**naturalized**
15:1, 15:5
**necessarily**
14:16
**neil**
3:6, 11:7, 11:16, 14:15
**neil's**
8:16
**neither**
3:3, 18:5
**never**
11:9, 11:20
**news**
7:15, 7:16
**next**
7:10, 8:18, 9:1
**non-citizen**
6:4, 15:3
**non-citizens**
2:5, 16:10
**non-u**
3:8
**noon**
2:8
**notwithstanding**
9:13, 13:17
**november**
9:12, 18:17
**number**
11:17, 14:8
**numbers**
11:5, 12:22

**O**

**ob**
10:17
**obstruction**
4:18
**obstructionist**
10:17
**obtuseness**
5:17
**obviously**
13:1, 13:21, 14:1
**office**
14:7
**official**
12:20, 13:6
**oh**
5:19, 15:22
**okay**
12:19, 12:22, 16:2
**olympia**
3:1
**once**
5:19
**one**
6:20, 7:4, 7:19, 11:17, 14:12, 14:20
**only**
12:12
**opine**
10:21
**opinion**
7:17
**opportunity**
9:16
**other**
6:16
**otherwise**
18:7
**ously**
1:12
**out**
8:3, 9:22, 10:4, 12:6, 12:19, 14:14, 14:15, 15:12, 15:15
**outcome**
18:7
**over**
4:16, 8:18, 9:1, 14:15, 15:9
**overseas**
10:11
**own**
8:12, 10:17, 11:20

**P**

**page**
18:10
**pages**
1:21, 18:8
**park**
15:12
**part**
14:5
**parties**
5:4, 18:6
**passed**
5:7, 5:10
**passing**
5:2, 6:14
**penalties**
8:13
**penalty**
18:3
**people**
2:4, 2:10, 3:10, 3:13, 5:20, 6:6, 6:17, 9:14, 10:8, 11:8, 11:19, 12:3, 12:13, 13:4, 13:5, 13:16, 14:9, 14:21, 15:6, 15:7, 15:9, 15:14, 16:1
**percent**
12:8
**peril**
8:5
**perilous**
10:4
**period**
15:8
**perjury**
18:3
**permanent**
6:16, 11:5, 14:22
**persist**
16:11
**person**
10:14, 16:7
**pete**
2:12, 2:14, 16:22

**pickle**
8:10
**piece**
11:14, 11:15, 12:18, 13:6
**place**
7:19
**places**
7:6
**please**
6:4
**plus**
2:10, 7:18
**podcast**
7:18
**point**
11:22, 12:9, 12:13, 15:6
**pointed**
14:14, 14:15
**points**
6:1, 14:19
**position**
7:3, 7:7
**potentially**
5:5, 7:7
**preliminary**
14:7
**present**
6:17, 6:18
**presumably**
12:5
**presume**
13:8, 13:9
**primary**
3:20, 4:3, 16:5
**problem**
16:11
**problem's**
11:9, 11:10
**problems**
9:19, 15:19
**process**
9:17
**proof**
5:19
**prosecute**
12:9
**prosecutors**
2:4, 2:11
**protect**
10:19, 10:21
**provide**
5:16, 5:19
**provided**
12:6, 14:7
**public**
3:19, 3:20
**publicly**
10:2, 12:6, 13:13
**put**
8:9, 10:9, 10:12, 15:7
**putting**
8:4, 12:5

**Q**

**question**
13:12, 14:4
**quick**
7:14
**quote**
2:22

**R**

**race**
16:7
**races**
16:9
**ran**
15:16
**rantz**
2:2, 2:17, 4:1, 4:3, 6:9, 7:9, 7:14, 8:6, 9:6, 10:1, 11:2, 11:11, 11:14, 13:18, 13:21, 14:1, 14:4, 16:3, 16:12, 16:16, 16:19, 17:4
**rather**
15:18
**read**
12:15, 14:5
**real**
4:7, 4:8, 7:16
**really**
8:17, 11:15, 12:14, 17:2
**recalcitrance**
13:16
**recall**
3:16
**received**
18:9
**recordings**
18:4
**reflects**
14:8
**refused**
2:9
**regarding**
18:10
**registered**
2:11, 11:9, 11:19, 11:20, 14:9
**regulation**
5:3, 5:13
**rejects**
16:15
**related**
18:5
**release**
10:1
**representations**
14:11
**request**
4:22
**residence**
5:22, 15:21
**resident**
11:6
**residents**
6:16
**resolving**
10:16
**response**
2:18, 14:12, 14:18
**review**
2:10
**reviewed**
9:11
**right**
8:1, 8:13, 8:14, 13:8, 13:9, 14:16, 15:15, 16:8
**risk**
10:13
**roll**
4:19
**rolls**
4:16, 4:20, 8:2, 12:2
**rossi**
3:14
**rossi's**
16:8

**S**

**said**
3:10, 5:3, 11:7, 14:6, 15:17, 15:20
**same**
15:16
**save**
15:13
**say**
2:5, 10:15, 15:11, 16:19
**saying**
3:13, 6:3, 6:17, 6:18, 7:2, 11:8
**says**
2:9, 12:18, 15:22
**seat**
3:14, 3:17
**seattle**
7:18
**seattlered**
1:10, 7:16, 7:20
**secretary**
2:3, 2:18, 2:21, 4:9, 5:15,

6:12, 6:21, 10:18, 12:7, 12:21
**see**
2:21, 3:12, 10:8
**segment**
1:7
**segregate**
6:4, 6:13, 6:21, 13:3
**segregated**
8:20, 9:11
**sena**
2:18
**senate**
3:17
**senator**
2:18
**send**
8:22, 13:4
**sense**
3:4
**sent**
4:10, 6:2, 12:19
**separated**
3:22
**seriously**
1:8, 18:21
**serrano**
2:12, 2:15, 2:20, 4:2, 4:6, 6:10, 8:1, 8:7, 9:7, 10:3, 11:3, 11:12, 12:8, 13:19, 13:22, 14:3, 14:19, 16:4, 16:13, 16:18, 16:22, 17:3
**session**
5:8
**set**
2:9
**should**
16:13
**show**
2:3, 2:14, 15:14, 16:20, 17:5
**signature**
5:10
**signature-b7fzp**
18:14
**signed**
2:7, 2:13
**significant**
14:8
**since**
3:11, 15:7
**sincerely**
10:20
**situation**
10:5
**skewed**
16:10
**small**
3:15
**social**
3:12
**softball**
15:11, 15:15
**some**
3:11, 10:4, 10:14, 10:16, 11:3, 11:8, 11:18, 11:22, 12:2, 12:13, 14:21, 14:22, 16:1
**someone**
11:18, 12:19, 14:16
**something**
8:18, 10:16
**somewhere**
10:11
**sort**
10:4
**sought**
4:15, 4:16
**south**
10:10
**speak**
12:14
**spin**
7:17
**spoke**
11:16, 11:18
**sponsored**
5:7
**squabble**
15:9
**start**
7:5, 8:8
**state**
2:3, 2:6, 2:19, 4:14, 5:16, 6:12, 8:11, 9:5, 9:19, 9:22, 16:9
**statement**
14:5
**states**
12:11
**status**
11:6, 14:10, 14:22, 15:3, 15:8, 15:21
**step**
15:11
**steps**
7:10
**steve**
2:3, 5:2, 7:8, 13:15
**still**
9:10
**stop**
3:9
**stopping**
17:2
**stories**
7:17
**straight**
7:16
**subject**
5:11, 5:12, 8:13
**subpoena**
8:10
**subscribe**
7:20
**subsequent**
6:14
**subsequently**
14:22, 15:4, 16:1
**supporting**
18:4
**supreme**
9:3
**sure**
8:17, 8:21
**surprise**
16:17
**surprised**
4:11
**surprisingly**
4:20

**T**

**tabulated**
9:10
**take**
9:20, 15:11
**taking**
1:8, 18:20
**talking**
3:4, 8:14, 16:22
**talkradio**
1:7
**team**
8:16, 11:17
**tell**
6:7, 6:8, 6:10, 9:19
**telling**
7:15, 15:18
**tells**
5:19
**tension**
10:6
**th**
3:16
**thank**
17:1
**thanks**
2:15, 17:3
**themselves**
8:9
**theory**
9:9
**thing**
9:2, 12:21,

13:9
**things**
7:4
**think**
3:6, 3:17, 7:15, 8:19, 10:5, 10:7, 15:18
**third**
5:4
**three**
2:22
**through**
2:7, 10:8
**throughout**
16:20
**tight**
16:9
**timeout**
7:14
**timing**
4:12, 4:13
**tired**
7:15
**today**
14:14, 16:20
**tomorrow**
16:21
**touch**
7:18
**tracking**
13:1
**transcribed**
1:22
**transcriber**
18:1, 18:2
**transcript**
1:6
**transcription**
18:9
**trip**
8:15
**true**
4:7, 18:8
**trying**
10:4, 13:10, 13:14
**tuesday**
16:21
**turned**
2:10
**two**
6:1, 7:4

**U**

**ultimately**
7:2, 8:22, 9:11, 9:18, 10:18
**under**
18:3
**understand**
12:17, 13:7
**unfortunately**
8:15, 9:3
**united**
12:11
**unless**
3:3
**until**
2:8, 16:21
**us-attorney-washington**
1:10
**use**
3:1

**V**

**video**
7:15, 7:19, 7:21
**video-recorded**
1:6
**video-recording**
18:9
**violate**
7:7, 12:10
**vote**
3:19, 4:2, 4:6, 6:7, 6:19, 11:9, 12:12, 13:8, 14:10
**voted**
3:9, 3:11, 3:13, 11:21, 15:1, 15:2, 15:8, 16:5
**voter**
1:8, 2:7, 4:16, 12:2, 13:15, 18:20
**votes**
3:18, 3:22
**voting**
3:15, 11:6, 12:12, 14:17, 15:10, 16:10

**W**

**wa**
1:8, 18:20
**wac**
5:2, 5:7
**want**
6:6, 8:3, 8:21, 9:21, 10:9, 10:12, 10:14, 10:18, 10:20, 10:21, 11:6, 14:1, 14:5
**wanted**
15:10
**wants**
5:16, 12:21, 13:19, 15:9
**washington**
2:13, 5:2, 9:8, 9:19, 15:14, 17:1
**watch**
1:10
**way**
7:2, 12:12, 13:2, 15:16
**wayside**
7:4
**we'll**
16:14, 16:20
**we're**
4:8, 5:17, 6:5, 6:17, 6:18, 7:1, 7:3, 8:1, 8:2, 8:9, 8:16, 8:19, 12:16
**we've**
8:14, 8:17, 9:19, 9:20, 15:20, 16:21
**wednesday**
2:8
**welcome**
2:2, 2:14
**went**
5:13
**whether**
10:10, 10:20, 15:8, 15:9
**wild**
10:16
**willing**
8:5
**within**
11:18
**words**
2:22
**work**
5:4, 5:14, 5:15, 8:5, 9:14, 9:15, 13:16, 14:2
**working**
7:6
**worry**
16:2

**Y**

**yeah**
4:6, 7:9, 14:1, 14:3, 14:19, 16:12
**year**
4:16, 5:1, 5:6, 9:4
**years**
6:14

**Z**

**zero**
7:17

**$**

**$10,000**
5:6

**0**

**01**
1:12

**1**

**1,500**
2:5
**10**
3:15
**14**
1:12
**16**
1:21
**17**
3:16, 18:8
**18**
3:18, 12:10
**188**
1:12
**1990**
3:11
**1992**
15:7
**1996**
15:7

**2**

**2004**
3:13
**2024**
3:18, 15:2
**2025**
15:4
**2026**
5:8, 5:13, 15:4, 18:17
**21**
9:7
**23**
9:12

**3**

**30**
1:12, 3:18
**39**
6:20, 8:22, 9:1
**399**
15:20

**4**

**405**
2:4, 3:7, 5:20, 6:6, 6:15, 15:7
**47**
3:22
**49**
3:22

**6**

**611**
12:11
**632**
1:12
**658198**
1:20, 18:20

**7**

**74**
1:12

**8**

**8008**
1:12