The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| OneAmerica Votes, et al.,<br>Plaintiffs,<br>v.<br>Donald J. Trump, in his official capacity of the President of the United States, et al.,<br>Defendants. | Case No. 2:26-cv-04223-JNW<br>[PROPOSED] TEMPORARY RESTRAINING ORDER |

On November 2, 2026, Plaintiffs OneAmerica Votes, Latino Community Fund of Washington State, and United Food and Commercial Workers International Union filed an ex parte motion for a temporary restraining order and preliminary injunction. Pursuant to Fed. R. Civ. P. 65(b) and LCR 65, the Court finds as follows:

1. Plaintiffs have shown a likelihood of success on their claims that Defendants acted *ultra vires* in violation of the separation of powers and anticommandeering doctrines, as well as in violation of the right to vote and the right to fundamentally fair elections, by issuing



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

demands and threats that Washington segregate and ultimately not count ballots cast by certain voters.

2. Absent immediate relief, Plaintiffs will suffer immediate and irreparable injury before Defendants can be heard. Specifically, Defendants' unlawful effort to federalize election administration—despite the absence of constitutional or congressional authorization to do so—poses an imminent risk of harm to Plaintiffs, their members, their constituents, and the public writ large because it threatens to deprive them of the right to a fair electoral process, including but not limited to the right to cast a ballot and have that vote counted, in the days leading up to the November 3, 2026 General Election.

3. This Order issues without notice because "there can be no do-over and no redress" when it comes to election-related harms, including both the right to cast a ballot that counts and to compete in a fairly structured electoral contest. *League of Women Voters of N.C. v. North Carolina*, 769 F.3d 224, 247 (4th Cir. 2014). Accordingly, the injuries Plaintiffs are suffering are "completely irreparable if nothing is done to enjoin" Defendants' ongoing course of unlawful conduct. *Id.*; *see also League of Women Voters of United States v. Newby*, 838 F.3d 1, 9 (D.C. Cir. 2016) (explaining that once "deadlines for the November election pass," the harms at issue become "irreparable").

4. The relief below is limited to what is necessary to provide complete relief to Plaintiffs.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

**ORDERED** that Defendants U.S. Department of Justice ("DOJ"), Attorney General Todd Blanche, U.S. Department of Homeland Security ("DHS"), Secretary Markwayne Mullin, Acting United States Attorney for the Western District of Washington Charles Neil Floyd, and First Assistant United States Attorney for the Eastern District of Washington Pete Serrano, together with all agents, employees, and persons in active concert and participation



ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0177

with them who receive actual notice of the injunction, are enjoined from requesting or demanding that any state or local election official (i) remove specific registered voters from their statewide voter registration lists; (ii) refuse to issue ballots to specific registered voters; or (iii) segregate, or otherwise not count and tabulate, any ballots returned by specific registered voters for the November 3, 2026 General Election, or from threatening election officials with criminal penalty or investigation for failure to comply with such demands.

Defendants are **FURTHER OREDRED** to show cause on _____________, at ______ before this Court as to why a preliminary injunction to the same effect should not issue.

This Order and all supporting pleadings and opposing papers must be served on the adverse party within __ hours of its entry.

This Order shall remain in effect until Washington has certified its election results for the November 3, 2026 General Election or until such other time as this Court orders.

**IT IS SO ORDERED.**

Dated this _____ day of ________________, 2026.

_________________________________
Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

*Presented by*:

/s/ *Abha Khanna*
**ABHA KHANNA**
WA Bar No. 42612
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law