The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ONEAMERICA VOTES; LATINO COMMUNITY FUND OF WASHINGTON STATE; AND UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as U.S. Attorney General; CHARLES NEIL FLOYD, in his official capacity as Acting U.S. Attorney for the Western District of Washington; SIMON PETER SERRANO, in his official capacity as First Assistant U.S. Attorney for the Eastern District of Washington; U.S. DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,

Defendants.

Case No. 2:26-cv-04223-JNW

DECLARATION OF KRISTIN B. JOHNSON



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

I, Kristin B. Johnson, hereby declare as follows:

I am an Assistant United States Attorney for the Western District of Washington and represent Defendants in the above-captioned case.

1. Attached as Exhibit A is what I believe to be a true and correct copy of the transcript of a press conference held by Washington Secretary of State Steve Hobbs and King County Director of Elections Julie Wise on October 29, 2026, obtained by the United States Attorney's Office at https://tvw.org/video/wa-secretary-of-state-king-county-elections-press-conference-2026101174/ (last accessed Nov. 12, 2026).

2. Attached as Exhibit B is what I believe to be a true and correct copy of an October 29, 2026 article regarding an interview given by Secretary Hobbs to KOMO News that same day, obtained by the United States Attorney's Office at https://komonews.com/news/local/sec-of-state-department-of-justice-noncitizen-voter-claim-is-dumpster-fire-disguised-as-legal-document-midterms-november (last accessed Nov. 12, 2026).

3. Attached as Exhibit C is what I believe to be a true and correct copy of a November 3, 2026 article regarding an interview given by Secretary Hobbs to KOMO News that same day, obtained by the United States Attorney's Office at https://komonews.com/news/politics/washington-secretary-of-state-steve-hobbs-voter-roll-eligibility-dispute-general-election-security-illegal-voting-justice-department-mail-delivery-delays-ballot-drop-boxes (last accessed Nov. 12, 2026).

4. Attached as Exhibit D is what I believe to be a true and correct copy of a press release issued by Acting U.S. Attorney Charles Neil Floyd on October 29, 2026.

//

//

//



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of November, 2026.

Respectfully submitted,

*s/ Kristin B. Johnson*

KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Email: kristin.b.johnson@usdoj.gov