**Subject:** FW: OneAmerica Votes et al v. Trump et al, 2:26-cv-04223-JNW - Plaintiffs" Notice to Withdraw Pending Motion for Preliminary Injunction
**Date:** Monday, November 16, 2026 7:29:58 AM
**Attachments:** Plaintiffs" Notice to Withdraw.pdf

---

**From:** Harleen Gambhir <hgambhir@elias.law>
**Sent:** Saturday, November 14, 2026 8:17 PM
**To:** WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Lucas Lallinger <llallinger@elias.law>; Tyler Bishop <tbishop@elias.law>; Walker McKusick <wmckusick@elias.law>
**Subject:** OneAmerica Votes et al v. Trump et al, 2:26-cv-04223-JNW - Plaintiffs' Notice to Withdraw Pending Motion for Preliminary Injunction

**CAUTION - EXTERNAL:**

**Sent on behalf of Abha Khanna, Partner:**

Dear Clerk,

Pursuant to this court's "CM/ECF Scheduled System Unavailability: November 13-16, 2026" and the U.S. District Court, Western District of Washington Electronic Filing Procedures for Civil and Criminal Cases Amended 3/6/2026 § VI(A), I respectfully request that you file and docket the attached Notice to Withdraw Pending Motion for Preliminary Injunction in *OneAmerica Votes v. Trump*, No. 2:26-cv-4223-JNW, on behalf of Plaintiffs OneAmerica Votes, Latino Community Fund of Washington State, and United Food and Commercial Workers International Union.

Sincerely,
Harleen Gambhir

**Harleen Gambhir**
Litigation Associate
Elias Law Group LLP
250 Massachusetts Ave NW
Washington DC 20001
202-968-4539

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error,

please notify the sender immediately and delete it from your system.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.